AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __0 5 - 7 0 2__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF __3__ COPIES OF AO FORM 85.

__9/26/05__
(Date forms issued)

__Danny P Randolph__
(Signature of Party or their Representative)

__DANNY P RANDOLPH JR__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action