# UNITED STATES DISTRICT COURT

District of __Delaware__

J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,

V.    Plaintiffs,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 0 5 - 7 0 2

PEPCO HOLDINGS, INC; CONECTIV, PEPCO HOLDINGS RETIREMENT PLAN,

Defendant.

TO: (Name and address of Defendant)

Conectiv
c/o PHI Service Company
800 King Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert R. Davis
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                        9/26/05

CLERK                                   DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE September 27, 2005 |
| NAME OF SERVER *(PRINT)* Danny P. Randolph, Jr. | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served: Conectiv c/o PHI Service Company, 800 King Street, Wilmington, Delaware 19801. Copies thereof were accepted by Kelly Showalter at 10:20 a.m.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/27/05
              Date

*Signature of Server*

Chimicles & Tikellis LLP
One Rodney Square
Wilmington, DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.