## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 3rd day of October, 2005, I caused copies of the foregoing Motion for Admission Pro Hac Vice, Proposed Order Granting Motion for Admission Pro Hac Vice and Certification to be served on Pepco Holdings, Inc., Conectiv, Pepco Holdings Retirement Plan care of the following:

**BY HAND DELIVERY**
PHI Service Company
800 King Street
Wilmington, Delaware 19801

**BY U.S. MAIL**
Kay Yu, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799


_____
Robert R. Davis (No. 4536)