IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>PEPCO HOLDINGS, INC.; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>Defendants | :<br>:<br>:<br>:  CIVIL ACTION<br>:<br>:<br>:  NO. 05-702 (SLR)<br>:<br>:<br>:<br>:<br>: |

## STIPULATION TO EXTEND TIME TO
## ANSWER, RESPOND OR MOVE AND [PROPOSED] ORDER

Plaintiffs and defendants, by and through their respective counsel, hereby stipulate and agree, subject to the approval of the Court, that the deadline for defendants to answer, respond or otherwise move in response to the complaint is hereby extended through and including November 16, 2005.

**PEPPER HAMILTON LLP**

By: /s/ M. Duncan Grant
    M. Duncan Grant (#2994)
    Hercules Plaza, Suite 5100
    1313 N. Market Street
    P. O. Box 1709
    Wilmington, DE 19899-1709
    302-656-2500 (telephone)
    302-656-9053(fax)

Attorneys for Defendants

**CHIMICLES & TIKELLIS LLP**

By: _/s/ Robert Davis_
    Pamela S. Tikellis (#2172)
    Robert J. Kriner (#2546)
    A. Zachary Naylor (#4439)
    Robert R. Davis (#4536)
    One Rodney Square
    P. O. Box 1035
    Wilmington, DE 19899
    302-656-2500 (telephone)
    302-656-9053(fax)

Attorneys for Plaintiffs

| | |
|---|---|
| **PEPPER HAMILTON LLP**<br>Susan K. Hoffman<br>Larry R. Wood, Jr.<br>Kay Kyungsun Yu<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br>215-981-4000 (telephone)<br>215-981-4750 (fax)<br><br>Attorneys for Defendants | **CHIMICLES & TIKELLIS LLP**<br>James R. Malone, Jr.<br>Joseph G. Sauder<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, PA  19041<br>610-642-8500 (telephone)<br>610-649-3633 (fax)<br><br>Attorneys for Plaintiffs |

Dated: October 13, 2005

## [PROPOSED] ORDER

Approved and so Ordered this _____ day of _____, 2005.

BY THE COURT:

_____
Sue L. Robinson
Chief U.S. District Judge