IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves an all others similarly situated,<br><br>     Plaintiffs,<br>v.<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>     Defendants. | :<br>:<br>: CIVIL ACTION NO. 05-702<br>:<br>:<br>:<br>:<br>: CLASS ACTION<br>:<br>:<br>:<br>: |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF KAY KYUNGSUN YU

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kay Kyungsun Yu, Esquire, to represent Defendant CONECTIV in this matter. The Certification of Kay Kyungsun Yu is attached in support of this Motion.

Dated: November 4, 2005

            /s/ M. Duncan Grant
            M. Duncan Grant (DE Bar No. 2994)
            Hercules Plaza, Suite 5100
            1313 N. Market Street
            P.O. Box 1709
            Wilmington, DE  19899-1701
            Telephone: 302.777.6505

            Attorneys for Defendant
            CONECTIV

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated:_____

            _____
            Sue L. Robinson, United States District Judge