# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

J. MICHAEL CHARLES; MAURICE W.    :
WARD, JR.; and JOSEPH I. FINK, JR., on   :
behalf of themselves an all others similarly   :    CIVIL ACTION NO. 05-702
situated,    :
    :
       Plaintiffs,   :
    v.    :
    :    CLASS ACTION
PEPCO HOLDINGS, INC; CONECTIV,   :
and PEPCO HOLDINGS RETIREMENT   :
PLAN,    :

    Defendants.

## CERTIFICATION OF KAY KYUNGSUN YU, ESQUIRE
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of each of the following Courts:

> U.S. District Court, Middle District of Pennsylvania
> U.S. Court of Appeals, Third Circuit
> U.S. Court of Appeals, Seventh Circuit
> U.S. District Court, Eastern District of New York
> U.S. District Court, Southern District of New York
> U.S. Court of Appeals, Sixth Circuit
> U.S. District Court, Western District of Michigan
> U.S. District Court, Eastern District of Pennsylvania
> U.S. District Court, District of Connecticut
>
> Supreme Court of Pennsylvania
>
> Supreme Court of Connecticut

I further certify that I do not reside in Delaware, I am not regularly employed in Delaware, nor am I regularly engaged in business, professional, or other similar activities in Delaware.

Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: November 3, 2005

Kay Kyungsun Yu
PA BAR #83701
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4188 Telephone
(215) 689-4515 Facsimile