## **CERTIFICATE OF SERVICE**

I, M. Duncan Grant , hereby certify that on November 4, 2005, I electronically filed the foregoing Motion and Order for Admission *Pro Hac Vice* of Kay Kyungsun Yu, with the Clerk of Court using CM / ECF which will send notification of such filing to the following counsel of record:

> Pamela S. Tikellis
> Robert J. Kriner, Jr.
> A. Zachary Naylor
> Robert R. Davis
> One Rodney Square
> P.O.Box 1035
> Wilmington, DE 19899
> Telephone 302.656.2500
>
> James R. Malone, Jr.
> Joseph G. Sauder
> One Haverford Centre
> 361 West Lancaster Avenue
> Haverford, PA 19041
> 610-642-8500
>
> Attorneys for Plaintiffs

/s/ M. Duncan Grant
DUNCAN GRANT (DE Bar No. 2994)
Attorney for Defendant
CONECTIV