IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves an all others similarly situated, : : : : : | CIVIL ACTION NO. 05-702 |
| Plaintiffs, : : | |
| v. : : | CLASS ACTION |
| PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN, : : : | |
| Defendants. | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE
OF BARAK BASSMAN**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Barak Bassman, Esquire, to represent Defendant CONECTIV in this matter. The Certification of Barak Bassman is attached in support of this Motion.

Dated: November 4, 2005

/s/ M. Duncan Grant
M. Duncan Grant (DE Bar No. 2994)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1701
Telephone: 302.777.6505

Attorneys for Defendant
CONECTIV

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated:_____

_____
Sue L. Robinson, United States District Judge