IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves an all others similarly situated, | : : : : | CIVIL ACTION NO. 05-702 |
| Plaintiffs, | : : | |
| v. | : : | CLASS ACTION |
| PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN, | : : : | |
| Defendants. | | |

### CERTIFICATION OF BARAK BASSMAN, ESQUIRE TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of each of the following Courts:

    Supreme Court of the United States

    United States Court of Appeals for the Third Circuit

    United States District Court for the Eastern District of Pennsylvania

    Supreme Court of Pennsylvania

I further certify that I do not reside in Delaware, I am not regularly employed in Delaware, nor am I regularly engaged in business, professional, or other similar activities in Delaware.

Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: November 3, 2005

BARAK BASSMAN
PA Bar Id. No. 85626
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: 215. 981.4771