IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves an all others similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>      Defendants. | CIVIL ACTION NO. 05-702<br><br><br>CLASS ACTION |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF SUSAN K. HOFFMAN

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Susan K. Hoffman, to represent Defendant CONECTIV in this matter. The Certification of Susan K. Hoffman is attached in support of this Motion.

Dated: November 4, 2005

/s/ M. Duncan Grant
M. Duncan Grant (DE Bar No. 2994)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1701
Telephone: 302.777.6505

Attorneys for Defendant
CONECTIV

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated:_____

_____
Sue L. Robinson, United States District Judge