IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves an all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>Defendants. | CIVIL ACTION NO. 05-702<br><br><br><br>CLASS ACTION |

### CERTIFICATION OF SUSAN K. HOFFMAN, ESQUIRE TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of each of the following Courts:

>United States Supreme Court
>U.S. Court of Appeals, Third Circuit
>U.S. District Court, Eastern District of Michigan
>U.S. District Court, Eastern District of Pennsylvania
>U.S. District Court, District of Massachusetts

>Supreme Court of Pennsylvania

>Supreme Court of Massachusetts

I further certify that I do not reside in Delaware, I am not regularly employed in Delaware, nor am I regularly engaged in business, professional, or other similar activities in Delaware.

Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: November 3, 2005

*[signature]*
SUSAN K. HOFFMAN
PA BAR # 19498
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4990 Telephone