## CERTIFICATE OF SERVICE

I, M. Duncan Grant, hereby certify that on November 4, 2005, I electronically filed the foregoing Motion and Order for Admission *Pro Hac Vice* of Susan K. Hoffman with the Clerk of Court using CM / ECF which will send notification of such filing to the following counsel of record:

>Pamela S. Tikellis
>Robert J. Kriner, Jr.
>A. Zachary Naylor
>Robert R. Davis
>One Rodney Square
>P.O.Box 1035
>Wilmington, DE 19899
>Telephone 302.656.2500
>
>James R. Malone, Jr.
>Joseph G. Sauder
>One Haverford Centre
>361 West Lancaster Avenue
>Haverford, PA 19041
>610-642-8500

Attorneys for Plaintiffs

/s/ M. Duncan Grant
M. DUNCAN GRANT (DE Bar No. 2994)

Attorney for Defendant
CONECTIV