IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

J. MICHAEL CHARLES; MAURICE W. WARD,          :
JR.; and JOSEPH I. FINK, JR., on behalf of          :
themselves and all others similarly situated          :
                                                                            :          CIVIL ACTION
                                                    Plaintiffs,          :
                                                                            :
                                    v.                                      :          NO. 05-702 (SLR)
                                                                            :
PEPCO HOLDINGS, INC.; CONECTIV, and          :
PEPCO HOLDINGS RETIREMENT PLAN,              :
                                                                            :
                                                    Defendants          :
                                                                            :

## DEFENDANTS' MOTION TO DISMISS

For the reasons set forth in the accompanying Opening Brief, Defendants Pepco

Holdings, Inc., Conectiv, and Pepco Holdings Retirement Plan, by and through their undersigned

counsel, hereby move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an

order dismissing this action with prejudice.

Respectfully submitted,


/s/ M. Duncan Grant
M. Duncan Grant (#2994)
Sasha L. Azar (#4200)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500 (telephone)
(302) 421-8390 (fax)

Susan K. Hoffman *(pro hac vice)*
Larry R. Wood, Jr.
Kay Kyungsun Yu *(pro hac vice)*
Barak A. Bassman *(pro hac vice)*
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215-981-4000 (telephone)
215-981-4750 (fax)

Attorneys for Defendants

Dated:  November 16, 2005

## CERTIFICATE OF SERVICE

I, M. Duncan Grant, hereby certify that on November 16, 2005 a true and correct

copy of the foregoing Motion to Dismiss and accompanying Opening Brief was served upon the

following in the manner indicated:

Pamela S. Tikellis
Robert J. Kriner, Jr.
A. Zachary Naylor
Robert R. Davis
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
*(via hand-delivery)*

Attorneys for Plaintiffs

James R. Malone, Jr.
Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
*(via U.S. Mail)*


/s/ M. Duncan Grant
M. Duncan Grant (#2994)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500 (telephone)
(302) 421-8390 (fax)