IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>PEPCO HOLDINGS, INC.; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>Defendants | CIVIL ACTION<br><br>NO. 05-702 (SLR) |

## ORDER

And now, on this ___ day of ___, 2005, upon consideration of Defendants' Motion to Dismiss and supporting Briefs, and Plaintiffs' response thereto, it is hereby ORDERED that the Motion is GRANTED and the Complaint in this action is dismissed with prejudice.

_____
Robinson, J.