UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>Defendants. | CIVIL ACTION NO. 05-702 (SLR)<br><br><br><br>CLASS ACTION |

### STIPULATION AND [PROPOSED] ORDER

Plaintiffs and defendants, by and through their respective counsel, hereby stipulate and agree (subject to Court approval) as follows:

1. The deadline for plaintiffs to file their response to defendants' motion to dismiss (D.I. 11) shall be extended through and including December 16, 2005.

2. The deadline for defendants to file a reply brief in support of their motion to dismiss shall be extended through and including January 6, 2006.

Dated: November 21, 2005

**CHIMICLES & TIKELLIS LLP**

By: /s/ Robert Davis
Pamela S. Tikellis (#2172)
Robert J. Kriner (#2546)
A. Zachary Naylor (#4439)
Robert R. Davis (#4536)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
302-656-2500 (telephone)
302-656-9053 (fax)

        **CHIMICLES & TIKELLIS LLP**
        James R. Malone, Jr.
        (*pro hac vice*)
        Joseph G. Sauder
        One Haverford Centre
        361 West Lancaster Avenue
        Haverford, PA 19041
        610-642-8500 (telephone)
        610-649-3633 (fax)

        Attorneys for Plaintiffs


Dated: November 21, 2005        **PEPPER HAMILTON LLP**

        By: /s/ M. Duncan Grant
        M. Duncan Grant (#2994)
        Sasha L. Azar (#4200)
        Hercules Plaza, Suite 5300
        1313 Market Street
        Wilmington, DE 19899-1709
        302-777-6500 (telephone)
        302-421-8390 (fax)

        **PEPPER HAMILTON LLP**
        Susan Katz Hoffman
        (*pro hac vice*)
        Larry R. Wood, Jr.
        Kay Kyungsun Yu
        (*pro hac vice*)
        Barak A. Bassman
        (*pro hac vice*)
        3000 Two Logan Square
        18th and Arch Streets
        Philadelphia, PA 19103-2799
        215-981-4000 (telephone)
        215-981-4750 (fax)

        Attorneys for Defendants

## [PROPOSED] ORDER

Approved and so Ordered this        day of                    , 2005.

**BY THE COURT:**

_____

Sue L. Robinson
Chief U.S. District Judge