IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>    v.<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>                Defendants. | Civil Action No. 05-702 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5(c) and the attached certification, counsel moves the admission pro hac vice of Joseph G. Sauder to represent Plaintiffs in this matter.

Dated: November 22, 2005

CHIMICLES & TIKELLIS LLP

By: _____
Pamela S. Tikellis (#2172)
Robert J. Kriner (#2546)
A. Zachary Naylor (#4439)
Robert R. Davis (#4536)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
302-656-2500 (telephone)
302-656-9053 (fax)

Attorneys for Plaintiffs

## CERTIFICATION OF JOSEPH G. SAUDER

Pursuant to Local Rule 83.5(c), I certify that I am eligible for admission to this Court pro hac vice, am admitted, practicing and in good standing as a member of the bar of Supreme Court of Pennsylvania (I.D. No. 82467), the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further hereby certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17TH day of November, 2005 at Haverford, Pennsylvania.

Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041
(610)642-8500

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that the foregoing motion for admission pro hac vice is granted.

Date: _____        _____
                                                            United States District Judge