## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 22nd day of November, 2005, I caused copies of the foregoing Motion for Admission Pro Hac Vice, Proposed Order Granting Motion for Admission Pro Hac Vice and Certification to be served on defendants' counsel in the manner indicated below.

**BY E-FILING**
M. Duncan Grant
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

_____
Robert R. Davis (No. 4536)