## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, hereby certify that a true and correct copy of the Appendix to Plaintiffs' Answering Brief in Opposition to Defendants' Motion to Dismiss was served on defendants' counsel in the manner indicated below.

**BY E-FILING &**
**HAND DELIVERY**
M. Duncan Grant
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

A. Zachary Naylor (#4439)