## CERTIFICATE OF SERVICE

I, M. Duncan Grant, hereby certify that on January 6, 2006 a true and correct copy of the foregoing Reply Brief in Further Support of Motion to Dismiss was served upon the following in the manner indicated:

Pamela S. Tikellis
Robert J. Kriner, Jr.
A. Zachary Naylor
Robert R. Davis
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
*(via e-filing)*

Attorneys for Plaintiffs

James R. Malone, Jr.
Joseph G. Sauder
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
*(via U.S. Mail)*

/s/ M. Duncan Grant
M. Duncan Grant (#2994)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500 (telephone)
(302) 421-8390 (fax)