## CERTIFICATE OF SERVICE

I, Robert R. Davis, hereby certify that a true and correct copy of Plaintiffs'

Request for Oral Argument was served on defendants' counsel in the manner indicated

below on January 10, 2006.

**BY E-FILING**
M. Duncan Grant
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709


Robert R. Davis (#4536)