IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>Defendants. | CIVIL ACTION NO. 05-702(SLR)<br><br><br><br>CLASS ACTION |

## NOTICE OF APPEARANCE

TO:  Clerk of the Court
District Court of Delaware
800 N. King Street
Wilmington, DE 19801

**PLEASE ENTER** the appearance of A. Zachary Naylor, Esquire, as attorney for J. Michael Charles, Maurice W. Ward, Jr., and Joseph I. Fink, Jr., plaintiffs in this action.

CHIMICLES & TIKELLIS LLP

_/s/ A. Zachary Naylor_
A. Zachary Naylor (I.D. No. 4439)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

DATED: April 26, 2006