## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, hereby certify that a true and correct copies of Notice of Appearance and Notice of Withdraw was served on defendants' counsel in the manner indicated below on April 26, 2006.

**BY E-FILING**
M. Duncan Grant
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

A. Zachary Naylor (#4439)