IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated, ) ) ) ) | CIVIL ACTION NO. 05-702(SLR) |
| Plaintiffs, ) ) | |
| v. ) ) | CLASS ACTION |
| PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN, ) ) ) | |
| Defendants. ) ) | |

### NOTICE OF WITHDRAW

TO:   Clerk of the Court
      District Court of Delaware
      800 N. King Street
      Wilmington, DE 19801

**PLEASE WITHDRAW** the appearance of Robert Davis, Esquire, as attorney for J. Michael Charles, Maurice W. Ward, Jr., and Joseph I. Fink, Jr., plaintiffs in this action.

CHIMICLES & TIKELLIS LLP

/s/ Robert Davis

Robert Davis (I.D. No. 4536)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

DATED: April 26, 2006