IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>PEPCO HOLDINGS, INC., CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN, )<br><br>Defendants. ) | Civ. No. 05-702-SLR |

O R D E R

At Wilmington this 12th day of June, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motion to dismiss the complaint (D.I. 11) is denied.

_____
United States District Judge