IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEPCO HOLDINGS, INC.; CONECTIV; and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>Defendants. | CIVIL ACTION NO. 05-702 (SLR) |

**STIPULATION TO EXTEND TIME TO
ANSWER, RESPOND OR MOVE AND [PROPOSED] ORDER**

Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate and agree, subject to the approval of the Court, that the deadline for Defendants to answer, respond or otherwise move in response to the complaint is hereby extended until ten (10) days after the Court issues a ruling on Defendants' Motion for Clarification and/or Re-argument (D.I. 27).

**CHIMICLES & TIKELLIS LLP**

By: /s/ A. Zachary Naylor
    Pamela S. Tikellis (#2172)
    A. Zachary Naylor (#4439))
    One Rodney Square
    P.O. Box 1035
    Wilmington, DE 19899
    302-656-2500 (telephone)
    302-656-9053 (fax)

**PEPPER HAMILTON LLP**

By: /s/ M. Duncan Grant
    M. Duncan Grant (#2994)
    Larry R. Wood, Jr. (#3262)
    Hercules Plaza, Suite 5300
    1313 Market Street
    Wilmington, DE 19899-1709
    302-777-6500 (telephone)
    302-421-8390 (fax)

| | |
|---|---|
| **CHIMICLES & TIKELLIS LLP**<br>James R. Malone, Jr.<br>(*pro hac vice*)<br>Joseph G. Sauder<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>610-642-8500 (telephone)<br>61 0-649-3633 (fax)<br><br>Attorneys for Plaintiffs<br><br>Dated: June 22, 2006 | **PEPPER HAMILTON LLP**<br>Susan Katz Hoffman<br>(*pro hac vice*)<br>Kay Kyungsun Yu<br>(*pro hac vice*)<br>Barak A. Bassman<br>(*pro hac vice*)<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 19103-2799<br>215-981-4000 (telephone)<br>215-981-4750 (fax)<br><br>Attorneys for Defendants<br><br>Dated: June 22, 2006 |