-3-

## [PROPOSED] ORDER

Approved and so Ordered this _____ day of _____, 2006.

**BY THE COURT:**

_____
Sue L. Robinson
Chief U.S. District Judge