IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W.<br>WARD, JR.; and JOSEPH I. FINK,<br>JR., on behalf of themselves and<br>all similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>PEPCO HOLDINGS, INC., CONECTIV,<br>and PEPCO HOLDINGS RETIREMENT<br>PLAN,<br><br>      Defendants. | Civ. No. 05-702-SLR |

O R D E R

At Wilmington this 11th day of July, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motion to dismiss the complaint (D.I. 11) is denied, defendants' motion for re-argument (D.I. 27) is denied, and count III of the complaint is stayed.

                                                    /s/ Sue L. Robinson
                                                    United States District Judge