## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, hereby certify that Notice of Service of Plaintiffs' Consolidated Initial Disclosures was served on Defendants' counsel in the manner indicated below on July 14, 2006.

**BY E-FILING**
M. Duncan Grant
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

　/s/ A. Zachary Naylor
A. Zachary Naylor (#4439)