UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>            Defendants. | CIVIL ACTION NO. 05-702 (SLR) |
| THOMAS S. TROUP, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>            Defendants. | CIVIL ACTION NO. 06-10 (SLR) |

**STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION**

WHEREAS, these actions assert claims under ERISA against the same defendants relating to the same defined benefit pension plan;

NOW THEREFORE, Plaintiffs and defendants, by and through their respective counsel, hereby stipulate and agree (subject to Court approval) as follows:

    1.    **Consolidation of Actions.**  Until further Order of the Court, the above-captioned actions hereby are consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a).  The terms of this Order for consolidation also will apply to all actions subsequently filed in, removed to, or transferred to this Court (including cases transferred for pretrial purposes under 28 U.S.C. § 1407)

which the Court deems related under Local Rule 3.1(b). Counsel of record are hereby directed to notify the clerk of any newly filed or transferred action that they believe should be consolidated pursuant to this order. Counsel are further directed to serve a copy of this order on all counsel appearing in a newly filed or transferred action that they believe should be consolidated pursuant to this order, and objections to the consolidation of such newly filed or transferred cases shall be filed within 10 days thereafter and served upon counsel of record.

2. **Designation of Lead Case**. The parties will e-file all pleadings, motions and other papers in accordance with this Court's standing order dated February 8, 2005 re Electronic Case Filing Policies and Procedures and its Administrative Procedures Governing Filing and Service by Electronic Means. *Charles v. Pepco Holdings, Inc.,* No. 05-702 (SLR) is hereby designated as the lead case, and all future filings shall be made in the lead case only.

3. **Captions and Filings**. Orders, pleadings, motions, and other documents filed in each of the cases will bear the following caption:

UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 05-702 (SLR)<br>(Lead Case) |

4. **Service of Papers**. The duty of the parties to serve one another with pleadings, motions and other papers under Rule 5 of the Federal Rules of Civil Procedure shall be as follows:

  a. Where a pleading, motion or other paper is e-filed, the transmission of the Notice of Electronic Filing through the ECF system shall be deemed to satisfy Fed. R. Civ. P. 5(b)(2)(D), in accordance with this Court's standing order dated February 8, 2005 re Electronic Case Filing Policies and Procedures and its Administrative Procedures Governing Filing and Service by Electronic Means;

  b. All other pleadings, motions or other papers shall be served via e-mail, fax, or overnight courier.

Dated: July 18, 2006        **CHIMICLES & TIKELLIS LLP**

            By: /s/ A. Zachary Naylor
              Pamela S. Tikellis (#2172)
              A. Zachary Naylor (#4439)
              One Rodney Square
              P.O. Box 1035
              Wilmington, DE 19899
              302-656-2500 (telephone)
              302-656-9053 (fax)

              and

            **CHIMICLES & TIKELLIS LLP**
              James R. Malone, Jr.
              (*pro hac vice*)
              Joseph G. Sauder
              (*pro hac vice*)
              One Haverford Centre
              361 West Lancaster Avenue
              Haverford, PA 19041
              610-642-8500 (telephone)
              610-649-3633 (fax)

            Attorneys for Plaintiffs

Dated: July 18 , 2006                    **PEPPER HAMILTON LLP**


By:    /s/ M. Duncan Grant   
    M. Duncan Grant (#2994)
    Phillip T. Mellet (#4741)
    Hercules Plaza, Suite 5300
    1313 Market Street
    Wilmington, DE 19899-1709
    302-777-6500 (telephone)
    302-421-8390 (fax)

    and

**PEPPER HAMILTON LLP**
    Susan Katz Hoffman
    (*pro hac vice*)
    Larry R. Wood, Jr.
    Kay Kyungsun Yu
    (*pro hac vice*)
    Barak A. Bassman
    (*pro hac vice*)
    3000 Two Logan Square
    18th and Arch Streets
    Philadelphia, PA 19103-2799
    215-981-4000 (telephone)
    215-981-4750 (fax)

Attorneys for Defendants


**[PROPOSED] ORDER**

Approved and so Ordered this _____ day of _____, 2006.

**BY THE COURT:**


_____
Sue L. Robinson
Chief U.S. District Judge

4