IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated | : | |
| | : | |
| | : | CIVIL ACTION NO. 05-702 (SLR) |
| Plaintiffs, | : | (Lead Case) |
| | : | |
| v. | : | |
| | : | |
| PEPCO HOLDINGS, INC.; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN, | : | |
| | : | |
| Defendants | : | |
| | : | |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

It is hereby stipulated and agreed by and between counsel for the parties that the

time within which Defendants Pepco Holdings, Inc., Conectiv, and Pepco Holdings Retirement

Plan ("collectively Defendants") may answer the Complaint is hereby extended to August 1,

2006.

CHIMICLES & TIKELLIS LLP
Attorney for Lead Plaintiffs and the Proposed Class

By: /s/   A. Zachary Naylor
    Pamela S. Tikellis (#2172)
    A. Zachary Naylor (#4439)
    One Rodney Square
    P.O. Box  1035
    Wilmington, DE  19899
    302-656-3500 (telephone)
    302-656-9053 (fax)

Dated:  July 25, 2006

PEPPER HAMILTON LLP
Attorney for Defendants

By: /s/   M. Duncan Grant
    M. Duncan Grant (#2294)
    Phillip T. Mellet  (#4741)
    Hercules Plaza, Suite 5100
    1313 Market St.
    Wilmington, DE  19899-1709
    302-777-6500 (telephone)
    302-421-8390 (fax)

Dated:  July 25, 2006

SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE