## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, hereby certify that Plaintiffs' Report Under Fed. R. Civ. P. 26(f) and Plaintiffs' Proposed Scheduling Order was served on Defendants' counsel in the manner indicated below on July 31, 2006.

**BY E-FILING**
M. Duncan Grant
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

A. Zachary Naylor (#4439)

Case 1:05-cv-00702-SLR   Document 36-3   Filed 07/31/2006   Page 1 of 1