**CERTIFICATE OF SERVICE**

       I, M. Duncan Grant, hereby certify that on July 31, 2006 a true and correct copy of Defendants' Report of Parties' Planning Meeting, together with Defendants' Proposed Scheduling Order, was served upon the following in the manner indicated:

| | |
|---|---|
| Pamela S. Tikellis | James R. Malone, Jr. |
| Robert J. Kriner, Jr. | Joseph G. Sauder |
| A. Zachary Naylor | CHIMICLES & TIKELLIS LLP |
| Robert R. Davis | One Haverford Centre |
| CHIMICLES & TIKELLIS LLP | 361 West Lancaster Avenue |
| One Rodney Square | Haverford, PA 19041 |
| P.O. Box 1035 | (*via U.S. Mail*) |
| Wilmington, DE 19899 | |
| (*via hand-delivery*) | |

Attorneys for Plaintiffs

                                           /s/ M. Duncan Grant
                                           M. Duncan Grant (#2994)
                                           PEPPER HAMILTON LLP
                                           Hercules Plaza, Suite 5100
                                           1313 N. Market Street
                                           P.O. Box 1709
                                           Wilmington, DE  19899-1709
                                           (302) 777-6500 (telephone)
                                           (302) 421-8390 (facsimile)