**CERTIFICATE OF SERVICE**

I, A. Zachary Naylor, hereby certify that the Joint Proposed Scheduling Order was served on Defendants' counsel in the manner indicated below on August 2, 2006.

**BY E-FILING**
M. Duncan Grant
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709


      **/s/ A. Zachary Naylor**
A. Zachary Naylor (#4439)