UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated, )<br>)<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN, )<br>)<br>Defendants. ) | C. A. NO. 05-702 (SLR)<br>(Lead Case) |

**PLAINTIFFS' MOTION FOR
APPOINTMENT OF INTERIM CLASS COUNSEL**

Plaintiffs J. Michael Charles, Maurice W. Ward, Jr., Joseph I. Fink, Jr., and Thomas S. Troup hereby move this Court, pursuant to Rule 23(g)(2)(A) of the Federal Rules of Civil Procedure, for an Order appointing Chimicles & Tikellis LLP as interim class counsel. The reasons why this relief should be granted are set forth in the accompanying brief.

Dated: August 15, 2006                **CHIMICLES & TIKELLIS LLP**

                                     /s/ A. Zachary Naylor
                                     Pamela S. Tikellis (#2172)
                                     Robert J. Kriner (#2546)
                                     A. Zachary Naylor (#4439)
                                     One Rodney Square
                                     P.O. Box 1035
                                     Wilmington, DE 19899
                                     302-656-2500 (telephone)
                                     302-656-9053 (fax)

                                     and

2

                **CHIMICLES & TIKELLIS LLP**
                   James R. Malone, Jr.
(*pro hac vice*)
                       Joseph G. Sauder
(*pro hac vice*)
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
610-642-8500 (telephone)
610-649-3633 (fax)

Attorneys for Plaintiffs

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of Plaintiffs' Motion for Appointment of Interim Class Counsel has been raised by plaintiffs' counsel with counsel for the defendants. Plaintiffs counsel has been advised that the defendants will oppose the motion.

Dated: August 14, 2006                                CHIMICLES & TIKELLIS LLP


                                                            /s/ A. Zachary Naylor
                                                      A. Zachary Naylor (No. 4439)