## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, hereby certify that Plaintiffs' Motion for Appointment of Interim Class Counsel, Opening Brief In Support Of Plaintiffs' Motion for Appointment of Interim Class Counsel, Affidavit of A. Zachary Naylor in Support of Plaintiffs' Motion and [Proposed] Order Appointing Interim Class Counsel was served on Defendants' counsel in the manner indicated below on August 15, 2006.

**BY E-FILING**
M. Duncan Grant
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

_____ **/s/ A. Zachary Naylor** _____
A. Zachary Naylor (#4439)