UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; JOSEPH I. FINK, JR., on behalf themselves and all others similarly situated situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>Defendants. | C. A. NO. 05-702 (SLR)<br>(Lead Case) |

### AFFIDAVIT OF A. ZACHARY NAYLOR

STATE OF DELAWARE         )
                                              )  ss.
COUNTY OF NEW CASTLE  )

A. Zachary Naylor, having been duly sworn, hereby deposes and says:

1. I am a member of the bar of the Supreme Court of the State of Delaware and of this Court, and an associate at Chimicles & Tikellis LLP, counsel to J. Michael Charles, Maurice W. Ward, Jr., and Joseph I. Fink, Jr. in this action.

2. I hereby affirm that attached hereto as Exhibit 1 is a true and correct copy of the firm biography of Chimicles & Tikellis, LLP.

Dated: August 15, 2006

A. Zachary Naylor (#4439)

SWORN TO AND SUBSCRIBED before me, a notary public this 15th day of August, 2006.

Laura A. Belfi, Notary
State of Delaware
My Commission Expires 6/23/2008

LAURA A. BELFI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 23, 2008