## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated, | ) ) ) ) | C.A. No. 05-702 (SLR) (Lead Case) |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| PEPCO HOLDINGS, INC.; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN, | ) ) ) ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance as co-counsel for Pepco Holdings, Inc., Conectiv, and Pepco Holdings Retirement Plan, defendants in the above-captioned matter.

DATE:  August 16, 2006

/s/ Phillip T. Mellet
M. Duncan Grant (DE No. 2994)
Phillip T. Mellet (DE No. 4741)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

Susan K. Hoffman (pro hac vice)
Larry R. Wood, Jr.
Kay Kyungsun Yu (pro hac vice)
Barak A. Bassman (pro hac vice)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
Attorneys for Defendants