## **CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2006, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using CM / ECF, which will send notification of such filing to the following:

>Pamela S. Tikellis, Esq.
>Robert J. Kriner, Esq.
>A. Zachary Naylor, Esq.
>Chimicles & Tikellis, LLP
>One Rodney Square
>P.O. Box 1035
>Wilmington, DE  19899

>/s/ Phillip T. Mellet
>Phillip T. Mellet (DE No. 4741)
>PEPPER HAMILTON LLP
>Hercules Plaza, Suite 5100
>1313 N. Market Street
>P.O. Box 1709
>Wilmington, DE  19899-1709
>(302) 777-6500