UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>     Defendants. | C. A. NO. 05-702 (SLR)<br>(Lead Case) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that on August 18, 2006, Joseph G. Sauder of Chimicles & Tikellis LLP, One Haverford Centre, 361 West Lancaster Avenue, Haverford, PA 1904 caused to be served, by first class mail, copies of Plaintiffs' First Set of Interrogatories and Requests for Production of Documents upon the following counsel:

M. Duncan Grant, Esquire
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5300
1313 Market Street
Wilmington, DE 19899-1709


Susan Katz Hoffman, Esquire
Larry R. Wood, Jr., Esquire
Kay Kyungsun Yu, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square

18th and Arch Streets
Philadelphia, PA 19103-2799

Dated: August 18, 2006

CHIMICLES & TIKELLIS LLP

/s/ Daniel J. Brown
Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
Daniel J. Brown (#4688)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
302-656-2500 (telephone)
302-656-9053 (fax)

and

CHIMICLES & TIKELLIS LLP
James R. Malone, Jr.
   (pro hac vice)
Joseph G. Sauder
   (pro hac vice)
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
610-642-8500 (telephone)
610-649-3633 (fax)

*Attorneys for Plaintiffs*