## CERTIFICATE OF SERVICE

I, Daniel J. Brown, do hereby certify that on this 18th day of August, 2006, I caused the foregoing Notice of Service to be served on Defendants' counsel in the manner indicated below.

**BY E-FILING**
M. Duncan Grant, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

_____
Daniel J. Brown (#4688)