## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, do hereby certify that on this 6th day of September, 2006, I caused the foregoing Reply Brief In Support Of Plaintiffs' Motion for Appointment of Interim Class Counsel to be served on Defendants' counsel in the manner indicated below.

**BY E-FILING**
M. Duncan Grant, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

\_\_\_/s/ A. Zachary Naylor\_\_\_\_
A. Zachary Naylor (#4439)