UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PEPCO HOLDINGS, INC.; CONECTIV; and PEPCO HOLDINGS RETIREMENT PLAN<br><br>　　　　　　　　　　　　Defendants | :<br>:<br>:<br>:   CIVIL ACTION NO. 05-702 (SLR)<br>:   (Lead Case)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that on September 20, 2006, I caused to be served copies of the Defendants' Objections to Plaintiffs' First Set of Interrogatories, Defendants' Responses to Plaintiffs' First Set of Interrogatories, and Defendants' Objections to Plaintiffs' First Set of Document Requests upon the following counsel via:

**HAND DELIVERY**
Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
302-656-2500 (telephone)
Attorneys for Plaintiffs

**FIRST CLASS MAIL**
James R. Malone, Jr., Esq.
Joseph G. Sauder, Esq.
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA  19041
610-642-8500 (telephone)
Attorneys for Plaintiffs

/s/ Phillip T. Mellet
M. Duncan Grant (#2994)
Phillip T. Mellet (#4741)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390

and

Susan K. Hoffman *(pro hac vice)*
Larry R. Wood, Jr. (#3262)
Kay Kyungsun Yu *(pro hac vice)*
Barak A. Bassman *(pro hac vice)*
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone:  (215) 981-4000

Attorneys for Defendants