UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEPCO HOLDINGS, INC.; CONECTIV; and PEPCO HOLDINGS RETIREMENT PLAN<br><br>Defendants | CIVIL ACTION NO. 05-702 (SLR)<br>(Lead Case) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that on September 28, 2006, I caused to be served copies of the Defendants' Responses to Plaintiffs' First Set of Requests for Production of Documents upon the following counsel via:

**HAND DELIVERY**
Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
302-656-2500 (telephone)
Attorneys for Plaintiffs

**FEDERAL EXPRESS**
James R. Malone, Jr., Esq.
Joseph G. Sauder, Esq.
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
610-642-8500 (telephone)
Attorneys for Plaintiffs

<u>/s/ Phillip T. Mellet</u>
M. Duncan Grant (#2994)
Phillip T. Mellet (#4741)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390

and

Susan K. Hoffman *(pro hac vice)*
Larry R. Wood, Jr. (#3262)
Kay Kyungsun Yu *(pro hac vice)*
Barak A. Bassman *(pro hac vice)*
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone:  (215) 981-4000

Attorneys for Defendants
