## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, do hereby certify that on this 2nd day of October, 2006, I caused the foregoing Plaintiffs' Report for Discovery Conference to be served on Defendants' counsel in the manner indicated below.

**BY E-FILING**
M. Duncan Grant, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709


  _/s/ A. Zachary Naylor_____
A. Zachary Naylor (#4439)