<u>CERTIFICATE OF SERVICE</u>

I, Phillip T. Mellet, hereby certify that on October 2, 2006, I caused to be served a copy of Defendants' Report for Discovery Conference upon the following counsel via hand delivery and CM/ECF:

Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
302-656-2500 (telephone)
Attorneys for Plaintiffs

/s/ Phillip T. Mellet
Phillip T. Mellet (Del. Bar No. 4741)