## CERTIFICATE OF SERVICE

I, Phillip T. Mellet, hereby certify that on October 25, 2006 a true and correct copy of Defendants' Supplemental Report for Discovery Conference was served via ECF and Hand Delivery on the following:

Pamela S. Tikellis
Robert J. Kriner, Jr.
A. Zachary Naylor
Robert R. Davis
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

James R. Malone, Jr.
Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Attorneys for Plaintiffs

/s/ Phillip T. Mellet
Phillip T. Mellet (Del. Bar No. 4741)