IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>PEPCO HOLDINGS, INC.; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>Defendants | CIVIL ACTION<br><br>NO. 05-702 (SLR) |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

For the reasons set forth in the accompanying Opening Brief, Defendants Pepco Holdings, Inc., Conectiv, and Pepco Holdings Retirement Plan (collectively, "Defendants"), by and through their undersigned counsel, hereby move pursuant to Rule 26(c) of the Federal Rules of Civil Procedure for an order:

1. Limiting the scope of written discovery that Defendants must provide to Plaintiffs to only (a) copies of the Cash Balance Sub-Plan; (b) Summary Plan Descriptions for the Cash Balance Sub-Plan; (c) annual reports on Form 5500 for the Cash Balance Sub-Plan; (d) participant statements for the Cash Balance Sub-Plan; and (e) employee communications relating to the amendment creating the Cash Balance Sub-Plan in January 1999; and

2. Quashing the third party subpoenas served upon Watson Wyatt & Co. and Towers, Perrin, Forster, & Crosby, Inc.

-2-

                                  Respectfully submitted,

                                  /s/ Phillip T. Mellet
                                  M. Duncan Grant (Del. Bar No. 2994)
                                  Phillip T. Mellet (Del. Bar No. 4741)
                                  PEPPER HAMILTON LLP
                                  Hercules Plaza, Suite 5100
                                  1313 N. Market Street
                                  P.O. Box 1709
                                  Wilmington, DE   19899-1709
                                  (302) 777-6500

                                  Susan K. Hoffman
                                  Larry R. Wood, Jr. (Del. Bar No. 3262)
                                  Kay Kyungsun Yu
                                  Barak A. Bassman
                                  PEPPER HAMILTON LLP
                                  3000 Two Logan Square
                                  Eighteenth and Arch Streets
                                  Philadelphia, PA 19103-2799
                                  215-981-4000 (telephone)
                                  215-981-4750 (fax)

                                  Attorneys for Defendants

Dated:  October 25, 2006