IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated <br><br> Plaintiffs, <br><br> v. <br><br> PEPCO HOLDINGS, INC.; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN, <br><br> Defendants | CIVIL ACTION <br><br> NO. 05-702 (SLR) |

## ORDER

And now, on this ___ day of _____, 2006, upon consideration of the Motion for Protective Order of Defendants Pepco Holdings, Inc., Conectiv, and Pepco Holdings Retirement Plan (collectively, "Defendants"), and Plaintiffs' response thereto, it is hereby ORDERED that:

1. The Motion is GRANTED;

2. The scope of written discovery that Defendants must provide to Plaintiffs is limited to only (a) copies of the Cash Balance Sub-Plan; (b) Summary Plan Descriptions for the Cash Balance Sub-Plan; (c) annual reports on Form 5500 for the Cash Balance Sub-Plan; (d) participant statements for the Cash Balance Sub-Plan; and (e) employee communications relating to the amendment creating the Cash Balance Sub-Plan in January 1999; and

3. The third party subpoenas served upon Watson Wyatt & Co. and Towers, Perrin, Forster, & Crosby, Inc. are quashed and neither third party needs to respond to them.

_____
Chief Judge Sue L. Robinson