## CERTIFICATE OF SERVICE

I, Phillip T. Mellet, hereby certify that on October 25, 2006 a true and correct copy of the foregoing Motion for Protective Order, Opening Brief, exhibits, and proposed Order were served via ECF and Hand Delivery on the following:

> Pamela S. Tikellis
> Robert J. Kriner, Jr.
> A. Zachary Naylor
> Robert R. Davis
> CHIMICLES & TIKELLIS LLP
> One Rodney Square
> P.O. Box 1035
> Wilmington, DE 19899
>
> James R. Malone, Jr.
> Joseph G. Sauder
> CHIMICLES & TIKELLIS LLP
> One Haverford Centre
> 361 West Lancaster Avenue
> Haverford, PA 19041
> Attorneys for Plaintiffs

/s/ Phillip T. Mellet
Phillip T. Mellet (Del. Bar No. 4741)