IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>PEPCO HOLDINGS, INC.; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>Defendants | CIVIL ACTION<br><br>NO. 05-702 (SLR) |

**LOCAL RULE 7.1.1 CERTIFICATION WITH RESPECT TO**
**DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Pursuant to Local Rule 7.1.1, I hereby certify that on behalf of Defendants Pepco Holdings, Inc., Conectiv, and Pepco Holdings Retirement Plan, I have made reasonable efforts to reach agreement with counsel for Plaintiffs on the matters set forth in Defendants' Motion for Protective Order and Opening Brief.

Dated: October 25, 2006

Phillip T. Mellet (Del. Bar No. 4741)