IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

J. MICHAEL CHARLES; MAURICE W. WARD,        :
JR.; and JOSEPH I. FINK, JR., on behalf of        :
themselves and all others similarly situated        :
                                                   :        CIVIL ACTION
                              Plaintiffs,          :
                                                   :
                v.                                 :        NO. 05-702 (SLR)
                                                   :
PEPCO HOLDINGS, INC.; CONECTIV, and       :
PEPCO HOLDINGS RETIREMENT PLAN,            :
                                                   :
                              Defendants          :
                                                   :

## ORDER

And now, on this 14th day of November, 2006, upon consideration of the Motion

for Protective Order of Defendants Pepco Holdings, Inc., Conectiv, and Pepco Holdings

Retirement Plan (collectively, "Defendants"), and Plaintiffs' response thereto, it is hereby

ORDERED that:

1.    The Motion is GRANTED;

2.    The scope of written discovery that Defendants must provide to Plaintiffs

is limited to only (a) copies of the Cash Balance Sub-Plan; (b) Summary Plan Descriptions for

the Cash Balance Sub-Plan; (c) annual reports on Form 5500 for the Cash Balance Sub-Plan; (d)

participant statements for the Cash Balance Sub-Plan; and (e) employee communications relating

to the amendment creating the Cash Balance Sub-Plan in January 1999; and

3.      The third party subpoenas served upon Watson Wyatt & Co. and Towers,

Perrin, Forster, & Crosby, Inc. are quashed and neither third party needs to respond to them.

Chief Judge Sue L. Robinson