IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>Defendants. | C A. NO. 05-702 (SLR)<br>(Lead Case) |

## NOTICE OF SERVICE

I hereby certify that on November 21, 2006, I served true and correct copies of the Defendants' First Request for Production of Documents upon counsel as set forth below, in the manner indicated:

        Pamela S. Tikellis         Via Hand Delivery
        Robert J. Kriner, Jr.
        A. Zachary Naylor
        Robert R. Davis
        CHIMICLES & TIKELLIS LLP
        One Rodney Square
        P.O. Box 1035
        Wilmington, DE 19899

-2-

      James R. Malone, Jr.      Via Federal Express
      Joseph G. Sauder
      CHIMICLES & TIKELLIS LLP
      One Haverford Centre
      361 West Lancaster Avenue
      Haverford, PA 19041
      Attorneys for Plaintiffs

 

/s/ Phillip T. Mellet
Phillip T. Mellet (DE No. 4741)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

DATED:  November 21, 2006

#8149458 v1