UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>Defendants. | C.A. NO. 05-702 (SLR)<br>(Lead Case) |

## NOTICE OF DEPOSITION

To: Pamela S. Tikellis, Esq.      James R. Malone, Jr., Esq.
      A. Zachary Naylor, Esq.      Joseph G. Sauder, Esq.
      CHIMICLES & TIKELLIS LLP      CHIMICLES & TIKELLIS LLP
      One Rodney Square      One Haverford Centre
      P.O. Box 1035      361 West Lancaster Avenue
      Wilmington, DE 19899      Haverford, PA 19041

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Pepco Holdings, Inc., Conectiv, and Pepco Holdings Retirement Plan will take the testimony of the following persons by way of deposition upon oral examination before a stenographic reporter duly authorized by law to administer oaths, at Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 Market Street, P.O. Box 1709, Wilmington, DE 19899-1709, commencing on the dates set forth below or otherwise mutually agreed upon by counsel:

- J. Michael Charles, January 9, 2007 at 9:30 a.m.
- Maurice W. Ward, January 10, 2007 at 9:30 a.m.
- Joseph I. Fink, January 11, 2007 at 9:30 a.m.
- Thomas S. Troup, January 12, 2007 at 9:30 a.m.

-2-

You are invited to attend and examine the witnesses to the extent permitted under the Federal Rules of Civil Procedure.

/s/ Phillip T. Mellet
M. Duncan Grant (Del. Bar No. 2994)
Phillip T. Mellet (Del. Bar No. 4741)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

Susan K. Hoffman
Larry R. Wood, Jr. (Del. Bar No. 3262)
Kay Kyungsun Yu
Barak A. Bassman
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215-981-4000 (telephone)
215-981-4750 (fax)

Attorneys for Defendants