## CERTIFICATE OF SERVICE

I, Phillip T. Mellet, hereby certify that on November 21, 2006 copies of the foregoing Notice of Deposition were served upon the following counsel, in the manner stated for each:

        Pamela S. Tikellis (via hand delivery)
        A. Zachary Naylor
        CHIMICLES & TIKELLIS LLP
        One Rodney Square
        P.O. Box 1035
        Wilmington, DE  19899

        James R. Malone, Jr. (via federal express)
        Joseph G. Sauder
        CHIMICLES & TIKELLIS LLP
        One Haverford Centre
        361 West Lancaster Avenue
        Haverford, PA 19041

        /s/ Phillip T. Mellet
        Phillip T. Mellet (Del. Bar No. 4741)