UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>　　　　　　　　Defendants. | C. A. NO. 05-702 (SLR)<br>(Lead Case) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that on December 21, 2006, A. Zachary Naylor of Chimicles & Tikellis LLP, One Rodney Square, Wilmington, DE 19899 caused to be served, in the manner indicated, copies of Plaintiffs' Responses to Defendants' First Request For Production of Documents upon the following counsel:

**BY HAND DELIVERY**
M. Duncan Grant, Esquire
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5300
1313 Market Street
Wilmington, DE 19899-1709

<u>**BY FIRST CLASS MAIL**</u>
Susan Katz Hoffman, Esquire
Larry R. Wood, Jr., Esquire
Kay Kyungsun Yu, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799

Dated: December 21, 2006             **CHIMICLES & TIKELLIS LLP**

             */s/ A. Zachary Naylor*
Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
302-656-2500 (telephone)
302-656-9053 (fax)

and

**CHIMICLES & TIKELLIS LLP**
James R. Malone, Jr.
   (*pro hac vice*)
Joseph G. Sauder
   (*pro hac vice*)
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
610-642-8500 (telephone)
610-649-3633 (fax)

*Attorneys for Plaintiffs*