IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>　　　　　　　Defendants. | CIVIL ACTION<br><br>NO. 05-702 (SLR) |

**NOTICE OF CHANGE OF ADDRESS OF OUT-OF-STATE COUNSEL**

　　　　Kindly take notice of the following new address for Susan Katz Hoffman, *pro hac vice* counsel for defendants Pepco Holdings Inc., Conectiv, and Pepco Holdings Retirement Plan:

　　　　Susan Katz Hoffman, Esq.
　　　　Littler Mendelson, P.C.
　　　　Three Parkway
　　　　1601 Cherry Street
　　　　Philadelphia, PA  19102
　　　　(267) 402-3015

　　　　　　　　　　　　　　　　　　　　　　　/s/ M. Duncan Grant
　　　　　　　　　　　　　　　　　　　　　　　M. Duncan Grant (Del. Bar No. 2994)
　　　　　　　　　　　　　　　　　　　　　　　Phillip T. Mellet (Del. Bar No. 4741)
　　　　　　　　　　　　　　　　　　　　　　　PEPPER HAMILTON LLP
　　　　　　　　　　　　　　　　　　　　　　　Hercules Plaza, Suite 5100
　　　　　　　　　　　　　　　　　　　　　　　1313 N. Market Street
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899-1709
　　　　　　　　　　　　　　　　　　　　　　　(302) 777-6500

Dated:  January 4, 2007　　　　　　　　　　　Attorneys for Defendants