# CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2007, the foregoing Notice of Change of Address of Out-of-State Counsel was served via ECF and facsimile on the following counsel:

    Pamela S. Tikellis, Esq.
    Robert J. Kriner, Jr. , Esq.
    A. Zachary Naylor, Esq.
    Robert R. Davis, Esq.
    CHIMICLES & TIKELLIS LLP
    One Rodney Square
    P.O. Box 1035
    Wilmington, DE 19899

    James R. Malone, Jr., Esq.
    Joseph G. Sauder, Esq.
    CHIMICLES & TIKELLIS LLP
    One Haverford Centre
    361 West Lancaster Avenue
    Haverford, PA 19041
    Attorneys for Plaintiffs

    /s/M. Duncan Grant
    M. Duncan Grant (Del. Bar No. 2994)