UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>Defendants. | C. A. NO. 05-702 (SLR)<br>(Lead Case) |

### DECLARATION OF A. ZACHARY NAYLOR
### IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

A. Zachary Naylor declares under penalty of perjury as follows:

1. I am an attorney-at-law duly admitted in the State of Delaware and a member of the bar of this Court. I submit this declaration, upon personal knowledge, in support of Plaintiffs' Motion for Class Certification.

2. Attached hereto as Exhibit 1 is a true and correct copy of a document produced by the defendants in this action.

3. Attached hereto as Exhibit 2 is a true and correct copy of a document produced by the defendants in this action.

4. Attached hereto as Exhibit 3 is a true and correct copy of a document produced by the defendants in this action.

5. Attached hereto as Exhibit 4 is a true and correct copy of the complaint in *Troup v. Pepco Holdings, Inc.*, No. 06-00010(SLR).

6.  Attached hereto as Exhibit 5 is a true and correct copy of a document produced by plaintiff J. Michael Charles in this action.

7.  Attached hereto as Exhibit 6 is the Declaration of James R. Malone, Jr., who is appearing *pro hac vice* on behalf of the plaintiffs.

8.  Attached hereto as Exhibit 7 is a biography of Chimicles & Tikellis LLP, which provides the Court with background on the attorneys representing the plaintiffs in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11TH day of January 2007 at Wilmington, Delaware.

_____
A. Zachary Naylor