IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>PEPCO HOLDINGS, INC.; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>Defendants | CIVIL ACTION<br><br>NO. 05-702 (SLR) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE AN EARLY MOTION FOR SUMMARY JUDGMENT**

For the reasons set forth in their accompanying Opening Brief, Defendants Pepco Holdings, Inc., Conectiv, and Pepco Holdings Retirement Plan, by and through their undersigned counsel, hereby move this Court for an Order (1) that Defendants are authorized to file a Motion for Summary Judgment as to Plaintiffs' individual claims on or before April 1, 2007 and (2) that Plaintiffs' Motion for Class Certification shall be held in abeyance pending disposition of the Motion for Summary Judgment.

Respectfully submitted,

/s/ Phillip T. Mellet
M. Duncan Grant (Del. Bar No. 2994)
Phillip T. Mellet (Del. Bar No. 4741)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
302.777.6500

-2-

        Susan K. Hoffman
        James Boudreau
        LITTLER MENDELSON PC
        Three Parkway
        1601 Cherry Street
        Philadelphia, PA  19102
        267.402.3015 (telephone)
        267.430.7275 (fax)

        Larry R. Wood, Jr. (Del. Bar No. 3262)
        Kay Kyungsun Yu
        Barak A. Bassman
        PEPPER HAMILTON LLP
        3000 Two Logan Square
        Eighteenth and Arch Streets
        Philadelphia, PA 19103-2799
        215.981.4000 (telephone)
        215.981.4750 (fax)

        Attorneys for Defendants

Dated:  February 16, 2007

## CERTIFICATE OF SERVICE

I, Phillip T. Mellet, hereby certify that on February 16, 2007 a true and correct copy of the foregoing Motion for Leave to File an Early Motion for Summary Judgment, Opening Brief, proposed Order, and appendix were served via ECF on the following:

>Pamela S. Tikellis
>Robert J. Kriner, Jr.
>A. Zachary Naylor
>Robert R. Davis
>CHIMICLES & TIKELLIS LLP
>One Rodney Square
>P.O. Box 1035
>Wilmington, DE 19899
>
>James R. Malone, Jr.
>Joseph G. Sauder
>CHIMICLES & TIKELLIS LLP
>One Haverford Centre
>361 West Lancaster Avenue
>Haverford, PA 19041
>Attorneys for Plaintiffs

>/s/ Phillip T. Mellet
>Phillip T. Mellet (Del. Bar No. 4741)