IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>PEPCO HOLDINGS, INC.; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>Defendants | CIVIL ACTION<br><br>NO. 05-702 (SLR) |

## ORDER

And now, on this ___ day of _____, 2007, upon consideration of the Motion for Leave to File an Early Motion for Summary Judgment of Defendants Pepco Holdings, Inc., Conectiv, and Pepco Holdings Retirement Plan (collectively, "Defendants"), and Plaintiffs' response thereto, it is hereby ORDERED that:

1. The Motion is GRANTED;

2. Defendants are authorized to file a Motion for Summary Judgment as to Plaintiffs' individual claims on or before April 1, 2007; and

3. Plaintiffs' Motion for Class Certification shall be held in abeyance pending disposition of the Motion for Summary Judgment.

_____
J.