# Exhibit A

# General Docket
## US Court of Appeals for the Third Circuit

```
Court of Appeals Docket #: 05-5445                                    Filed: 12/20/05
Nsuit: 3791 Labor: E.R.I.S.A.
Register, et al v. PNC Fin Ser Grp Inc, et al
Appeal from: Eastern District of Pennsylvania


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0313-2 : 04-cv-06097
    Trial Judge: Legrome D. Davis, District Judge
    Date Filed: 12/30/04
    Date order/judgment: 11/22/05
    Date NOA filed: 12/16/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
    None
Current cases:
    None



Docket as of February 15, 2007 6:14 pm                              Page 1
```

---

```
05-5445   Register, et al v. PNC Fin Ser Grp Inc, et al

SANDRA REGISTER                          Bryan L. Clobes
      Appellant                          FAX 215-864-2810
                                         215-864-2800
```

```
                                        [COR NTC ret]
                                        Michael S. Tarringer
                                        215-864-2800
                                        [COR NTC ret]
                                        Miller, Faucher and Cafferty
                                        18th & Cherry Streets
                                        One Logan Square, 17th Floor
                                        Philadelphia, PA 19103

                                        David H. Weinstein
                                        FAX 215-545-6535
                                        215-545-7200
                                        [COR NTC ret]
                                        Andrea L. Wilson
                                        FAX 215-545-6535
                                        215-545-7200
                                        [COR NTC ret]
                                        Weinstein, Kitchenoff & Asher
                                        1845 Walnut Street
                                        Suite 1100
                                        Philadelphia, PA 19103

GRACE B. MERCHANT                       Bryan L. Clobes
    Appellant                           (See above)
                                        [COR NTC ret]
                                        Michael S. Tarringer
                                        (See above)
                                        [COR NTC ret]

                                        David H. Weinstein
                                        (See above)
                                        [COR NTC ret]
                                        Andrea L. Wilson
                                        (See above)
                                        [COR NTC ret]


SUSAN L. WILSON                         Bryan L. Clobes
    Appellant                           (See above)
                                        [COR NTC ret]
                                        Michael S. Tarringer
                                        (See above)
                                        [COR NTC ret]
```

```
                                        David H. Weinstein
                                        (See above)
                                        [COR NTC ret]
                                        Andrea L. Wilson
                                        (See above)
                                        [COR NTC ret]

KRISTINA BECKMAN                        Bryan L. Clobes

Docket as of February 15, 2007 6:14 pm                      Page 2




05-5445   Register, et al v. PNC Fin Ser Grp Inc, et al

      Appellant                         (See above)
                                        [COR NTC ret]
                                        Michael S. Tarringer
                                        (See above)
                                        [COR NTC ret]

                                        David H. Weinstein
                                        (See above)
                                        [COR NTC ret]
                                        Andrea L. Wilson
                                        (See above)
                                        [COR NTC ret]

JOHN J. DAGGETT                         Bryan L. Clobes
      Appellant                         (See above)
                                        [COR NTC ret]
                                        Michael S. Tarringer
                                        (See above)
                                        [COR NTC ret]

                                        David H. Weinstein
                                        (See above)
                                        [COR NTC ret]
                                        Andrea L. Wilson
                                        (See above)
                                        [COR NTC ret]
```

```
RICHARD RHOADES, ON BEHALF OF          Bryan L. Clobes
THEMSELVES AND ALL OTHERS              (See above)
SIMILARLY SITUATED                     [COR NTC ret]
     Appellant                         Michael S. Tarringer
                                       (See above)
                                       [COR NTC ret]

                                       David H. Weinstein
                                       (See above)
                                       [COR NTC ret]
                                       Andrea L. Wilson
                                       (See above)
                                       [COR NTC ret]




     v.

PNC FIN SER GRP INC                    William A. Slaughter
     Appellee                          FAX 215-864-9788
                                       215-864-8114
                                       [COR NTC ret]
                                       Arthur Makadon
                                       FAX 215-864-9760
                                       215-864-8200
                                       [COR NTC ret]
                                       Alan J. Davis
                                       FAX 215-864-9516
```

Docket as of February 15, 2007 6:14 pm                          Page 3

---

05-5445   Register, et al v. PNC Fin Ser Grp Inc, et al

```
                                       215-864-8230
                                       [COR NTC ret]
                                       Ballard, Spahr, Andrews &
                                       Ingersoll
                                       1735 Market Street
                                       51st Floor
```

|  |  |
|---|---|
|  | Philadelphia, PA 19103 |
| PNC BANK NA<br>    Appellee | William A. Slaughter<br>(See above)<br>[COR NTC ret]<br>Arthur Makadon<br>(See above)<br>[COR NTC ret]<br>Alan J. Davis<br>(See above)<br>[COR NTC ret] |
| PENSION COMMITTEE OF PNC<br>FINANCIAL SERVICES GROUP, INC.<br>PENSION PLAN<br>    Appellee | William A. Slaughter<br>(See above)<br>[COR NTC ret]<br>Arthur Makadon<br>(See above)<br>[COR NTC ret]<br>Alan J. Davis<br>(See above)<br>[COR NTC ret] |
| PNC FINANCIAL SERVICES GROUP,<br>INC. PENSION PLAN<br>    Appellee | William A. Slaughter<br>(See above)<br>[COR NTC ret]<br>Arthur Makadon<br>(See above)<br>[COR NTC ret]<br>Alan J. Davis<br>(See above)<br>[COR NTC ret] |

- - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF<br>RETIRED PERSONS<br>    Amicus-appellant | Jay E. Sushelsky<br>FAX 202-434-6424<br>202-434-2060<br>[COR NTC ret]<br>American Association of Retired<br>Persons<br>601 E Street, N.W.<br>Washington, DC 20049 |

```
EQUAL EMPLOYMENT ADVISORY              Ann E. Reesman
COUNCIL                                FAX 789-1708
     Amicus-appellee                   202-789-8600
                                       [COR NTC ret]


Docket as of February 15, 2007 6:14 pm                    Page 4
```

---

```
05-5445   Register, et al v. PNC Fin Ser Grp Inc, et al

                                       McGuiness, Norris & Williams
                                       1015 15th Street, N.W.
                                       Suite 1200
                                       Washington, DC 20005


CHAMBER COMMERCE US                    Ann E. Reesman
     Amicus-appellee                   (See above)
                                       [COR NTC ret]


ERISA IND COMM                         Jeffrey G. Huvelle
     Amicus-appellee                   202-662-5526
                                       [COR NTC ret]
                                       Covington & Burling
                                       1201 Pennsylvania Avenue, N.W.
                                       Washington, DC 20004



Docket as of February 15, 2007 6:14 pm                    Page 5
```

---

```
05-5445   Register, et al v. PNC Fin Ser Grp Inc, et al

SANDRA REGISTER; GRACE B. MERCHANT;
SUSAN L. WILSON; KRISTINA BECKMAN;
JOHN J. DAGGETT; RICHARD RHOADES,
ON BEHALF OF THEMSELVES AND ALL
```

OTHERS SIMILARLY SITUATED,

    Appellants

 v.

PNC FINANCIAL SERVICES GROUP, INC.;
PNC BANK, N.A.;
PENSION COMMITTEE OF PNC FINANCIAL
SERVICES GROUP, INC. PENSION PLAN;
PNC FINANCIAL SERVICES GROUP, INC.
PENSION PLAN

Docket as of February 15, 2007 6:14 pm      Page 6

---

05-5445 Register, et al v. PNC Fin Ser Grp Inc, et al

| | |
|---|---|
| 12/20/05 Register, Grace B. Beckman, John | CIVIL CASE DOCKETED. Notice filed by Sandra Grace B. Merchant, Susan L. Wilson, Kristina J. Daggett, and Richard Rhoades. (tmk) |
| 12/29/05 appeal | TRANSCRIPT PURCHASE ORDER (Part I), unnecessary for purposes, filed. (tmk) |
| 12/29/05 Bryan Grace B. | APPEARANCE from Attorneys Michael S. Tarringer, and L. Clobes on behalf of Appellants Sandra Register, Merchant, Susan L. Wilson, Kristina Beckman, John J. Daggett, and Richard Rhoades, filed. (tmk) |
| 12/29/05 Kristina | INFORMATION STATEMENT on behalf of Appellants Sandra Register, Grace B. Merchant, Susan L. Wilson, |

| | |
|---|---|
| received. | Beckman, John J. Daggett, and Richard Rhoades, (tmk) |
| 12/29/05 Sandra Kristina received. | CONCISE SUMMARY OF CASE on behalf of Appellants Register, Grace B. Merchant, Susan L. Wilson, Beckman, John J. Daggett, and Richard Rhoades, (tmk) |
| 12/29/05 Kristina filed. (tmk) | DISCLOSURE STATEMENT on behalf of Appellants Sandra Register, Grace B. Merchant, Susan L. Wilson, Beckman, John J. Daggett, and Richard Rhoades, |
| 12/29/05 Ser Grp Ser Grp | DISCLOSURE STATEMENT on behalf of Appellees PNC Fin Inc, PNC Bank NA, Pension Comm PNC Fin, and PNC Fin Inc, filed. (tmk) |
| 12/30/05 behalf of L. Richard | APPEARANCE from Attorney David H. Weinstein on Appellants Sandra Register, Grace B. Merchant, Susan Wilson, Kristina Beckman, John J. Daggett, and Rhoades, filed. (tmk) |
| 12/30/05 Arthur PNC filed. | APPEARANCE from Attorneys William A. Slaughter, and Makadon on behalf of Appellees PNC Fin Ser Grp Inc, Bank NA, Pension Comm PNC Fin, and PNC Ser Grp Inc, (tmk) |
| 12/30/05 of | APPEARANCE from Attorney Andrea L. Wilson on behalf Appellants Sandra Register, Grace B. Merchant, Susan |

| | |
|---|---|
| L. Richard | Wilson, Kristina Beckman, John J. Daggett, and Rhoades, filed. (tmk) |
| 1/4/06 | CERTIFIED LIST filed. (tmk) |
| 1/20/06 due | BRIEFING NOTICE ISSUED. Appellant brief and appendix 3/1/06. (tmk) |
| 3/1/06 Pages: | ELECTRONIC BRIEF on behalf of Appellants, Copies: 1, 60, Word Count: 13,956, delivered by mail, filed. Certificate of service date 3/1/06. (eh) |

Docket as of February 15, 2007 6:14 pm                Page 7

---

05-5445   Register, et al v. PNC Fin Ser Grp Inc, et al

| | |
|---|---|
| 3/1/06 Volumes: 2 | APPENDIX on behalf of Appellants, Copies: 4, (Vol. 1 attached to brief), Delivered by Mail, filed. Certificate of service date 3/1/06. (eh) |
| 3/2/06 Grace J. brief with | HARD COPY RECEIVED from Appellants Sandra Register, B. Merchant, Susan L. Wilson, Kristina Beckman, John Daggett and Richard Rhoades submitting 10 ccs of Vol 1 of appendix attached. (eh) |
| 3/10/06 | MOTION by Proposed Amicus-Appellant AARP for leave to proceed as amicus curiae, filed. Answer due 3/24/06. Certificate of Service dated 3/9/06. (mcw) |
| 3/23/06 | ORDER (Nygaard, Authoring Judge) granting motion by |

| Date | Entry |
|---|---|
| | AARP Appellants, for leave to file amicus brief in support of filed. C-81 (mcw) |
| 3/23/06 | ELECTRONIC AMICUS BRIEF on behalf of Amicus-Appellant AARP, Copies: 1, Pages: 32, Word Count: 6,974, delivered by mail, filed. Certificate of service date 3/9/06. (mcw) |
| 3/23/06 | HARD COPY RECEIVED of amicus brief from Amicus-Appellant AARP, Copies: 10. (mcw) |
| 3/30/06 | MOTION by Appellees to file a brief in excess of the word limitations set forth in FRAP 32 (15,000 words), filed. Answer due 4/14/06. Certificate of Service dated 3/30/06. (gpk) |
| 3/30/06 | APPEARANCE from Attorney Jay E. Sushelsky on behalf of Amicus-appellant AARP, filed. (tmk) |
| 3/30/06 | DISCLOSURE STATEMENT on behalf of Amicus-appellant AARP, filed. (tmk) |
| 4/3/06 | ORDER (Clerk) granting motion by Appellees for leave to file overlength brief with filing as of the date of this order, filed. (gpk) |
| 4/3/06 | ELECTRONIC BRIEF on behalf of Appellees. Copies: 1, Pages: 63, Word Count: 14,733 (Clk/O of 4/3/06), delivered by mail, filed. Certificate of service date 4/3/06. (gpk) |

| | |
|---|---|
| 4/3/06 | RESPONSE by Appellants in Opposition to motion by Appellees to file brief in excess of word limitations set forth in FRAP 32, filed. Certificate of Service dated 4/3/06. (gpk) |
| 4/4/06 | HARD COPY RECEIVED of brief from Appellees, Copies: 10. (mcw) |

Docket as of February 15, 2007 6:14 pm                    Page 8

---

05-5445   Register, et al v. PNC Fin Ser Grp Inc, et al

| | |
|---|---|
| 4/6/06 | ORDER (Clerk) considering response by Appellants in opposition to motion by Appellees to file brief in excess of word limitations. Pursuant to F.R.A.P. 27(b), "[t]imely opposition filed after the motion is granted in whole or in part does not constitute a request to reconsider, vacate or modify the disposition; a motion requesting that relief must be filed." The Clerk's Order of April 3, 2006, will remain in effect, filed. (gpk) |
| 4/10/06 | MOTION by Proposed Amicus-Appellees Equal Employ and Chamber Commerce US for leave to proceed as amicus curiae, filed. Answer due 4/24/06. Certificate of Service dated 4/7/06. (mcw) |
| 4/14/06 | MOTION by Proposed Amicus-Appellee ERISA Ind Comm |

| | |
|---|---|
| for leave 4/24/06. | to proceed as amicus curiae, filed. Answer due Certificate of Service dated 4/11/06. (mcw) |
| 4/20/06 Copies: 1. | ELECTRONIC REPLY BRIEF on behalf of Appellants. Delivered by mail, filed. Certificate of service date 4/20/06. (gpk) |
| 4/21/06 (gpk) | HARD COPY RECEIVED from Appellants (10cc of reply). |
| 4/24/06 Employ amici | ORDER (Ambro, Authoring Judge) granting motion Equal and Chamber Commerce US for leave to file brief as curiae in support of Appellees, filed. B-95 (mcw) |
| 4/24/06 Appellees Equal | ELECTRONIC AMICUS BRIEF on behalf of Amicus- Employ and Chamber Commerce US, Copies: 1, Pages: 19, delivered by mail, filed. Certificate of service date 4/7/06. (mcw) |
| 4/24/06 Appellees (mcw) | HARD COPY RECEIVED of amicus brief from Amicus- Equal Employ and Chamber Commerce US, Copies: 10. |
| 4/24/06 ERISA Ind support of | ORDER (Ambro, Authoring Judge) granting motion by Comm for leave to file brief as amici curiae in Appellees is granted, filed. B-100 (mcw) |
| 4/24/06 ERISA | ELECTRONIC AMICUS BRIEF on behalf of Amicus-Appellee Ind Comm, Copies: 1, Pages: 31, Word Count: 6,945, delivered by mail, filed. Certificate of service date 4/11/06. (mcw) |
| 4/24/06 | HARD COPY RECEIVED of amicus brief from Amicus- |

```
Appellee
                    ERISA Ind Comm, Copies: 10. (mcw)

4/24/06             APPEARANCE from Attorney Ann E. Reesman on behalf of
                    Amicus-appellee Equal Employ, and Amicus-appellee
Chamber
                    Commerce US, filed. (tmk)

5/3/06              APPEARANCE from Attorney Jeffrey G. Huvelle on
behalf of
                    Amicus-appellee ERISA Ind Comm, filed. (tmk)

Docket as of February 15, 2007 6:14 pm                           Page 9
```

---

```
05-5445   Register, et al v. PNC Fin Ser Grp Inc, et al


5/3/06              DISCLOSURE STATEMENT on behalf of Amicus-appellee
ERISA Ind
                    Comm, filed. (tmk)

8/9/06              LETTER dated 8/9/06 filed pursuant to Rule 28(j) from
                    counsel for Appellee, filed. ZZ#SEND ZZ#TO ZZ#MERITS
                    ZZ#PANEL (tmk)

9/14/06             LETTER dated 9/14/06 pursuant to Rule 28(j) from
counsel
                    for Appellants, filed. ZZ#SEND ZZ#TO ZZ#MERITS
ZZ#PANEL  (tmk)

9/22/06             LETTER dated 9/22/06 filed pursuant to Rule 28(j)
from
                    counsel for Appellee, filed. ZZ#SEND ZZ#TO ZZ#MERITS
                    ZZ#PANEL (tmk)

9/26/06             CALENDARED for Thursday, December 14, 2006. (clr)

11/7/06             LETTER dated 11/7/06 filed pursuant to Rule 28(j)
from
```

| | |
|---|---|
| | counsel for Appellants, filed. ZZ#SEND ZZ#TO ZZ#MERITS ZZ#PANEL (tmk) |
| 11/22/06 Comm | APPEARANCE from Attorney Alan J. Davis on behalf of Appellees PNC Fin Ser Grp Inc, PNC Bank NA, Pension PNC Fin and PNC Fin Ser Grp Inc, filed. (tmk) |
| 11/30/06 from | LETTER dated 11/30/06 filed pursuant to Rule 28(j) counsel for Appellees, filed. ZZ#SEND ZZ#TO ZZ#MERITS ZZ#PANEL (tmk) |
| 12/13/06 28(j), | LETTER by Appellants dated 12/13/06 pursuant to Rule filed. ZZ#SEND ZZ#TO ZZ#MERITS ZZ#PANEL (tmk) |
| 12/14/06 Chagares Appellants: | ARGUED Thursday, December 14, 2006 Panel: Fisher, and Greenberg, Circuit Judges. Counsel for David H. Weinstein and Counsel for Appellees: Alan J. Davis. (eh) |
| 12/29/06 from | LETTER dated 12/29/06 filed pursuant to Rule 28(j) counsel for Appellant, filed. ZZ#SEND ZZ#TO ZZ#MERITS ZZ#PANEL (tmk) |
| 1/17/07 from | LETTER dated 1/17/07 filed pursuant to Rule 28(j) counsel for Appellees, filed. ZZ#SEND ZZ#TO ZZ#MERITS ZZ#PANEL (tmk) |
| 1/29/07 from | LETTER dated 1/29/07 filed pursuant to Rule 28(j) counsel for Appellees, filed. ZZ#SEND ZZ#TO ZZ#MERITS ZZ#PANEL (tmk) |
| 1/30/07 | PRECEDENTIAL OPINION (Fisher, Chagares and Greenberg, Authoring Judge, Circuit Judges), filed. (tmk) |

```
1/30/07            JUDGMENT AFFIRMED. Costs taxed against Appellants,
filed.
                   (tmk)
```

Docket as of February 15, 2007 6:14 pm                          Page 10

---

05-5445   Register, et al v. PNC Fin Ser Grp Inc, et al

```
2/13/07            PETITION by Appellant for rehearing en banc, filed.
                   Certificate of service dated 2/13/07. (tmk)
```

Docket as of February 15, 2007 6:14 pm                          Page 11

---

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/23/2007 09:28:24 | | | |
| PACER Login: | ct0365 | Client Code: | |
| Description: | dkt report | Case Number: | 05-5445 |
| Billable Pages: | 11 | Cost: | 0.88 |