## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated, | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-702-SLR (Lead Case) |
| PEPCO HOLDINGS, INC.; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN, | : : : : | |
| Defendants. | : : | |

## ORDER

At Wilmington this **15ᵗʰ** day of **March, 2007**,

IT IS ORDERED that the mediation conference scheduled for Thursday, May 17, 2007 at 10:00 a.m. has been rescheduled to **Monday, September 17, 2007 at 10:00 a.m.**  Submissions of the parties shall now be due on or before **Friday, September 7, 2007.**  All other provisions of the Court's October 20, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE