UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated, | ) ) ) ) ) | C. A. NO. 05-702 (SLR) (Lead Case) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN, | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' SUPPLEMENT TO THEIR PREVIOUS RESPONSE TO
DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

The Plaintiffs hereby supplement their prior Response to Defendants' Notice of Supplemental Authority [D.I. #79]. On February 13, 2007, the Appellants in *Register v. PNC Financial Servs. Group*, ___, F.3d ___, 2007 WL 222019 (3d Cir. 2006) petitioned the Third Circuit for rehearing *en banc* and, alternatively, for panel rehearing. On February 27, 2007, the Third Circuit denied the petition for rehearing. A copy of the *Register* docket is attached hereto as Exhibit A.

Dated: March 16, 2007              **CHIMICLES & TIKELLIS LLP**

                                   By: /s/A. Zachary Naylor
                                       Pamela S. Tikellis (#2172)
                                       Robert J. Kriner (#2546)
                                       A. Zachary Naylor (#4439)

One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
302-656-2500 (telephone)
302-656-9053 (fax)

and

James R. Malone, Jr.
(*pro hac vice*)
Joseph G. Sauder
(*pro hac vice*)
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
610-642-8500 (telephone)
610-649-3633 (fax)

# EXHIBIT A

Case 1:05-cv-00702-SLR    Document 84    Filed 03/16/2007    Page 3 of 19

# General Docket
## US Court of Appeals for the Third Circuit

Court of Appeals Docket #: 05-5445                                            Filed: 12/20/05
Nsuit: 3791  Labor: E.R.I.S.A.
Register, et al v. PNC Fin Ser Grp Inc, et al
Appeal from: Eastern District of Pennsylvania

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Lower court information:

    District: 0313-2 : 04-cv-06097
    Trial Judge: Legrome D. Davis, District Judge
    Date Filed: 12/30/04
    Date order/judgment: 11/22/05
    Date NOA filed: 12/16/05

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Prior cases:
    None
Current cases:
    None


Docket as of March 8, 2007 6:08 pm                              Page 1


05-5445  Register, et al v. PNC Fin Ser Grp Inc, et al

SANDRA REGISTER                        Bryan L. Clobes
    Appellant                          FAX 215-864-2810
                                       215-864-2800

|  |  |
|---|---|
|  | [COR NTC ret]<br>Michael S. Tarringer<br>FAX 215-864-2810<br>215-864-2800<br>[COR NTC ret]<br>Caffery Faucher<br>18th & Cherry Streets<br>One Logan Square, 17th Floor<br>Philadelphia, PA 19103<br><br>David H. Weinstein<br>FAX 215-545-6535<br>215-545-7200<br>[COR NTC ret]<br>Andrea L. Wilson<br>FAX 215-545-6535<br>215-545-7200<br>[COR NTC ret]<br>Weinstein, Kitchenoff & Asher<br>1845 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19103 |
| GRACE B. MERCHANT<br>　　Appellant | Bryan L. Clobes<br>(See above)<br>[COR NTC ret]<br>Michael S. Tarringer<br>(See above)<br>[COR NTC ret]<br><br>David H. Weinstein<br>(See above)<br>[COR NTC ret]<br>Andrea L. Wilson<br>(See above)<br>[COR NTC ret] |
| SUSAN L. WILSON<br>　　Appellant | Bryan L. Clobes<br>(See above)<br>[COR NTC ret]<br>Michael S. Tarringer<br>(See above)<br>[COR NTC ret] |

        David H. Weinstein
        (See above)
        [COR NTC ret]
        Andrea L. Wilson
        (See above)
        [COR NTC ret]

Docket as of March 8, 2007 6:08 pm        Page 2

---

05-5445  Register, et al v. PNC Fin Ser Grp Inc, et al

KRISTINA BECKMAN        Bryan L. Clobes
    Appellant        (See above)
        [COR NTC ret]
        Michael S. Tarringer
        (See above)
        [COR NTC ret]

        David H. Weinstein
        (See above)
        [COR NTC ret]
        Andrea L. Wilson
        (See above)
        [COR NTC ret]

JOHN J. DAGGETT        Bryan L. Clobes
    Appellant        (See above)
        [COR NTC ret]
        Michael S. Tarringer
        (See above)
        [COR NTC ret]

        David H. Weinstein
        (See above)
        [COR NTC ret]
        Andrea L. Wilson
        (See above)

```
                                     [COR NTC ret]

RICHARD RHOADES, ON BEHALF OF        Bryan L. Clobes
THEMSELVES AND ALL OTHERS            (See above)
SIMILARLY SITUATED                   [COR NTC ret]
     Appellant                       Michael S. Tarringer
                                     (See above)
                                     [COR NTC ret]

                                     David H. Weinstein
                                     (See above)
                                     [COR NTC ret]
                                     Andrea L. Wilson
                                     (See above)
                                     [COR NTC ret]




   v.


PNC FIN SER GRP INC                  William A. Slaughter
     Appellee                        FAX 215-864-9788
                                     215-864-8114
                                     [COR NTC ret]
                                     Arthur Makadon
                                     FAX 215-864-9760
                                     215-864-8200
                                     [COR NTC ret]
                                     Alan J. Davis


Docket as of March 8, 2007 6:08 pm                        Page 3
```

---

```
05-5445   Register, et al v. PNC Fin Ser Grp Inc, et al

                                     FAX 215-864-9516
                                     215-864-8230
                                     [COR NTC ret]
                                     Ballard, Spahr, Andrews &
                                     Ingersoll
                                     1735 Market Street
```

```
                                        51st Floor
                                        Philadelphia, PA 19103

PNC BANK NA                             William A. Slaughter
     Appellee                           (See above)
                                        [COR NTC ret]
                                        Arthur Makadon
                                        (See above)
                                        [COR NTC ret]
                                        Alan J. Davis
                                        (See above)
                                        [COR NTC ret]


PENSION COMMITTEE OF PNC                William A. Slaughter
FINANCIAL SERVICES GROUP, INC.          (See above)
PENSION PLAN                            [COR NTC ret]
     Appellee                           Arthur Makadon
                                        (See above)
                                        [COR NTC ret]
                                        Alan J. Davis
                                        (See above)
                                        [COR NTC ret]


PNC FINANCIAL SERVICES GROUP,           William A. Slaughter
INC. PENSION PLAN                       (See above)
     Appellee                           [COR NTC ret]
                                        Arthur Makadon
                                        (See above)
                                        [COR NTC ret]
                                        Alan J. Davis
                                        (See above)
                                        [COR NTC ret]


- - - - - - - - - - - - - - - - - - - - - - - - -


AMERICAN ASSOCIATION OF                 Jay E. Sushelsky
RETIRED PERSONS                         FAX 202-434-6424
     Amicus-appellant                   202-434-2060
                                        [COR NTC ret]
                                        American Association of Retired
                                        Persons
                                        601 E Street, N.W.
```

```
                                   Washington, DC 20049

EQUAL EMPLOYMENT ADVISORY          Ann E. Reesman
COUNCIL                            FAX 789-1708
     Amicus-appellee               202-789-8600


Docket as of March 8, 2007 6:08 pm                    Page 4
```

---

```
05-5445   Register, et al v. PNC Fin Ser Grp Inc, et al

                                   [COR NTC ret]
                                   McGuiness, Norris & Williams
                                   1015 15th Street, N.W.
                                   Suite 1200
                                   Washington, DC 20005

CHAMBER COMMERCE US                Ann E. Reesman
     Amicus-appellee               (See above)
                                   [COR NTC ret]

ERISA IND COMM                     Jeffrey G. Huvelle
     Amicus-appellee               202-662-5526
                                   [COR NTC ret]
                                   Covington & Burling
                                   1201 Pennsylvania Avenue, N.W.
                                   Washington, DC 20004


Docket as of March 8, 2007 6:08 pm                    Page 5
```

---

```
05-5445   Register, et al v. PNC Fin Ser Grp Inc, et al

SANDRA REGISTER; GRACE B. MERCHANT; SUSAN L. WILSON;
KRISTINA BECKMAN; JOHN J. DAGGETT; RICHARD RHOADES, ON
BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED
```

                Appellants

     v.

PNC FIN SER GRP INC; PNC BANK NA; PENSION COMMITTEE OF PNC
FINANCIAL SERVICES GROUP, INC. PENSION PLAN; PNC FINANCIAL
SERVICES GROUP, INC. PENSION PLAN

                Appellees

------------------------

AMERICAN ASSOCIATION OF RETIRED PERSONS;

                Amicus-appellant

EQUAL EMPLOYMENT ADVISORY COUNCIL; CHAMBER COMMERCE US;
ERISA IND COMM

                Amicus-appellee


Docket as of March 8, 2007 6:08 pm                           Page 6

---

05-5445   Register, et al v. PNC Fin Ser Grp Inc, et al

12/20/05         CIVIL CASE DOCKETED.  Notice filed by Sandra Register,
                 Grace B. Merchant, Susan L. Wilson, Kristina Beckman, John
                 J. Daggett, and Richard Rhoades.    (tmk)

12/29/05         TRANSCRIPT PURCHASE ORDER (Part I), unnecessary for appeal
                 purposes, filed. (tmk)

| Date | Entry |
|---|---|
| 12/29/05 Bryan Grace B. | APPEARANCE from Attorneys Michael S. Tarringer, and L. Clobes on behalf of Appellants Sandra Register, Merchant, Susan L. Wilson, Kristina Beckman, John J. Daggett, and Richard Rhoades, filed. (tmk) |
| 12/29/05 Kristina received. | INFORMATION STATEMENT on behalf of Appellants Sandra Register, Grace B. Merchant, Susan L. Wilson, Beckman, John J. Daggett, and Richard Rhoades, (tmk) |
| 12/29/05 Sandra Kristina received. | CONCISE SUMMARY OF CASE on behalf of Appellants Register, Grace B. Merchant, Susan L. Wilson, Beckman, John J. Daggett, and Richard Rhoades, (tmk) |
| 12/29/05 Kristina filed. (tmk) | DISCLOSURE STATEMENT on behalf of Appellants Sandra Register, Grace B. Merchant, Susan L. Wilson, Beckman, John J. Daggett, and Richard Rhoades, |
| 12/29/05 Ser Grp Ser Grp | DISCLOSURE STATEMENT on behalf of Appellees PNC Fin Inc, PNC Bank NA, Pension Comm PNC Fin, and PNC Fin Inc, filed. (tmk) |
| 12/30/05 behalf of L. Richard | APPEARANCE from Attorney David H. Weinstein on Appellants Sandra Register, Grace B. Merchant, Susan Wilson, Kristina Beckman, John J. Daggett, and Rhoades, filed. (tmk) |
| 12/30/05 | APPEARANCE from Attorneys William A. Slaughter, and |

```
Arthur
                  Makadon on behalf of Appellees PNC Fin Ser Grp Inc,
PNC
                  Bank NA, Pension Comm PNC Fin, and PNC Ser Grp Inc,
filed.
                  (tmk)

12/30/05          APPEARANCE from Attorney Andrea L. Wilson on behalf
of
                  Appellants Sandra Register, Grace B. Merchant, Susan
L.
                  Wilson, Kristina Beckman, John J. Daggett, and
Richard
                  Rhoades, filed. (tmk)

1/4/06            CERTIFIED LIST filed. (tmk)

1/20/06           BRIEFING NOTICE ISSUED. Appellant brief and appendix
due
                  3/1/06. (tmk)

3/1/06            ELECTRONIC BRIEF on behalf of Appellants, Copies: 1,
Pages:
                  60, Word Count: 13,956, delivered by mail, filed.
                  Certificate of service date 3/1/06. (eh)


Docket as of March 8, 2007 6:08 pm                      Page 7
```

---

```
05-5445   Register, et al v. PNC Fin Ser Grp Inc, et al

3/1/06            APPENDIX on behalf of Appellants, Copies: 4,
Volumes: 2
                  (Vol. 1 attached to brief), Delivered by Mail, filed.
                  Certificate of service date 3/1/06. (eh)

3/2/06            HARD COPY RECEIVED from Appellants Sandra Register,
Grace
                  B. Merchant, Susan L. Wilson, Kristina Beckman, John
```

| Date | Entry |
|---|---|
| | J. Daggett and Richard Rhoades submitting 10 ccs of brief with Vol 1 of appendix attached. (eh) |
| 3/10/06 | MOTION by Proposed Amicus-Appellant AARP for leave to proceed as amicus curiae, filed. Answer due 3/24/06. Certificate of Service dated 3/9/06. (mcw) |
| 3/23/06 | ORDER (Nygaard, Authoring Judge) granting motion by AARP for leave to file amicus brief in support of Appellants, filed. C-81 (mcw) |
| 3/23/06 | ELECTRONIC AMICUS BRIEF on behalf of Amicus-Appellant AARP, Copies: 1, Pages: 32, Word Count: 6,974, delivered by mail, filed. Certificate of service date 3/9/06. (mcw) |
| 3/23/06 | HARD COPY RECEIVED of amicus brief from Amicus-Appellant AARP, Copies: 10. (mcw) |
| 3/30/06 | MOTION by Appellees to file a brief in excess of the word limitations set forth in FRAP 32 (15,000 words), filed. Answer due 4/14/06. Certificate of Service dated 3/30/06. (gpk) |
| 3/30/06 | APPEARANCE from Attorney Jay E. Sushelsky on behalf of Amicus-appellant AARP, filed. (tmk) |
| 3/30/06 | DISCLOSURE STATEMENT on behalf of Amicus-appellant AARP, filed. (tmk) |
| 4/3/06 | ORDER (Clerk) granting motion by Appellees for leave to |

|  |  |
|---|---|
|  | file overlength brief with filing as of the date of this order, filed. (gpk) |
| 4/3/06 | ELECTRONIC BRIEF on behalf of Appellees. Copies: 1, Pages: 63, Word Count: 14,733 (Clk/O of 4/3/06), delivered by mail, filed. Certificate of service date 4/3/06. (gpk) |
| 4/3/06 | RESPONSE by Appellants in Opposition to motion by Appellees to file brief in excess of word limitations set forth in FRAP 32, filed. Certificate of Service dated 4/3/06. (gpk) |
| 4/4/06 | HARD COPY RECEIVED of brief from Appellees, Copies: 10. (mcw) |

Docket as of March 8, 2007 6:08 pm                          Page 8

---

05-5445    Register, et al v. PNC Fin Ser Grp Inc, et al

| | |
|---|---|
| 4/6/06 | ORDER (Clerk) considering response by Appellants in opposition to motion by Appellees to file brief in excess of word limitations. Pursuant to F.R.A.P. 27(b), "[t]imely opposition filed after the motion is granted in whole or in part does not constitute a request to reconsider, vacate or modify the disposition; a motion requesting that relief must be filed." The Clerk's Order of April 3, 2006, will |

| | |
|---|---|
| | remain in effect, filed. (gpk) |
| 4/10/06 | MOTION by Proposed Amicus-Appellees Equal Employ and Chamber Commerce US for leave to proceed as amicus curiae, filed. Answer due 4/24/06. Certificate of Service dated 4/7/06. (mcw) |
| 4/14/06 | MOTION by Proposed Amicus-Appellee ERISA Ind Comm for leave to proceed as amicus curiae, filed. Answer due 4/24/06. Certificate of Service dated 4/11/06. (mcw) |
| 4/20/06 | ELECTRONIC REPLY BRIEF on behalf of Appellants. Copies: 1. Delivered by mail, filed. Certificate of service date 4/20/06. (gpk) |
| 4/21/06 | HARD COPY RECEIVED from Appellants (10cc of reply). (gpk) |
| 4/24/06 | ORDER (Ambro, Authoring Judge) granting motion Equal Employ and Chamber Commerce US for leave to file brief as amici curiae in support of Appellees, filed. B-95 (mcw) |
| 4/24/06 | ELECTRONIC AMICUS BRIEF on behalf of Amicus-Appellees Equal Employ and Chamber Commerce US, Copies: 1, Pages: 19, delivered by mail, filed. Certificate of service date 4/7/06. (mcw) |
| 4/24/06 | HARD COPY RECEIVED of amicus brief from Amicus-Appellees Equal Employ and Chamber Commerce US, Copies: 10. (mcw) |
| 4/24/06 | ORDER (Ambro, Authoring Judge) granting motion by ERISA Ind Comm for leave to file brief as amici curiae in |

| | |
|---|---|
| | support of Appellees is granted, filed. B-100 (mcw) |
| 4/24/06 | ELECTRONIC AMICUS BRIEF on behalf of Amicus-Appellee ERISA Ind Comm, Copies: 1, Pages: 31, Word Count: 6,945, delivered by mail, filed. Certificate of service date 4/11/06. (mcw) |
| 4/24/06 | HARD COPY RECEIVED of amicus brief from Amicus-Appellee ERISA Ind Comm, Copies: 10. (mcw) |
| 4/24/06 | APPEARANCE from Attorney Ann E. Reesman on behalf of Amicus-appellee Equal Employ, and Amicus-appellee Chamber Commerce US, filed. (tmk) |
| 5/3/06 | APPEARANCE from Attorney Jeffrey G. Huvelle on behalf of Amicus-appellee ERISA Ind Comm, filed. (tmk) |

Docket as of March 8, 2007 6:08 pm                                      Page 9

---

05-5445   Register, et al v. PNC Fin Ser Grp Inc, et al

| | |
|---|---|
| 5/3/06 | DISCLOSURE STATEMENT on behalf of Amicus-appellee ERISA Ind Comm, filed. (tmk) |
| 8/9/06 | LETTER dated 8/9/06 filed pursuant to Rule 28(j) from counsel for Appellee, filed. ZZ#SEND ZZ#TO ZZ#MERITS ZZ#PANEL (tmk) |
| 9/14/06 | LETTER dated 9/14/06 pursuant to Rule 28(j) from counsel for Appellants, filed. ZZ#SEND ZZ#TO ZZ#MERITS ZZ#PANEL (tmk) |

| Date | Entry |
|---|---|
| 9/22/06 | LETTER dated 9/22/06 filed pursuant to Rule 28(j) from counsel for Appellee, filed. ZZ#SEND ZZ#TO ZZ#MERITS ZZ#PANEL (tmk) |
| 9/26/06 | CALENDARED for Thursday, December 14, 2006. (clr) |
| 11/7/06 | LETTER dated 11/7/06 filed pursuant to Rule 28(j) from counsel for Appellants, filed. ZZ#SEND ZZ#TO ZZ#MERITS ZZ#PANEL (tmk) |
| 11/22/06 Comm | APPEARANCE from Attorney Alan J. Davis on behalf of Appellees PNC Fin Ser Grp Inc, PNC Bank NA, Pension PNC Fin and PNC Fin Ser Grp Inc, filed. (tmk) |
| 11/30/06 | LETTER dated 11/30/06 filed pursuant to Rule 28(j) from counsel for Appellees, filed. ZZ#SEND ZZ#TO ZZ#MERITS ZZ#PANEL (tmk) |
| 12/13/06 | LETTER by Appellants dated 12/13/06 pursuant to Rule 28(j), filed. ZZ#SEND ZZ#TO ZZ#MERITS ZZ#PANEL (tmk) |
| 12/14/06 Chagares Appellants: | ARGUED Thursday, December 14, 2006 Panel: Fisher, and Greenberg, Circuit Judges. Counsel for David H. Weinstein and Counsel for Appellees: Alan J. Davis. (eh) |
| 12/29/06 | LETTER dated 12/29/06 filed pursuant to Rule 28(j) from counsel for Appellant, filed. ZZ#SEND ZZ#TO ZZ#MERITS ZZ#PANEL (tmk) |
| 1/17/07 | LETTER dated 1/17/07 filed pursuant to Rule 28(j) from counsel for Appellees, filed. ZZ#SEND ZZ#TO ZZ#MERITS |

```
                    ZZ#PANEL (tmk)

1/29/07             LETTER dated 1/29/07 filed pursuant to Rule 28(j)
from
                    counsel for Appellees, filed. ZZ#SEND ZZ#TO ZZ#MERITS
                    ZZ#PANEL (tmk)

1/30/07             PRECEDENTIAL OPINION (Fisher, Chagares and Greenberg,
                    Authoring Judge, Circuit Judges), filed. (tmk)

1/30/07             JUDGMENT AFFIRMED. Costs taxed against Appellants,
filed.
                    (tmk)

Docket as of March 8, 2007 6:08 pm                        Page 10
```

---

```
05-5445   Register, et al v. PNC Fin Ser Grp Inc, et al


2/13/07             PETITION by Appellant for rehearing en banc, filed.
                    Certificate of service dated 2/13/07. (tmk)

2/27/07             ORDER (Scirica, Chief Judge, Sloviter, McKee,
Rendell,
                    Barry, Ambro, Fuentes, Smith, Fisher, Chagares,
Jordan &
                    Greenberg*, Authoring Judge and Circuit Judges)
denying
                    petition for en banc rehearing by Appellants, filed.
*Judge
                    Greenberg's vote is limited to denying rehearing
before the
                    original panel. (tmk)

3/7/07              MANDATE ISSUED, filed. (tmk)

3/7/07              RECORD released. (tmk)
```

USCA3 Docket Sheet for 05-5445
Case 1:05-cv-00702-SLR   Document 84   Filed 03/16/2007   Page 19 of 19
Docket as of March 8, 2007 6:08 pm                         Page 11

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/15/2007 14:39:12 | | | |
| PACER Login: | ct0365 | Client Code: | |
| Description: | dkt report | Case Number: | 05-5445 |
| Billable Pages: | 11 | Cost: | 0.88 |