IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR., and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PEPCO HOLDINGS, INC., CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 05-702-SLR<br>)　　(lead case)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 28th day of March, 2007, having considered plaintiffs' motion for appointment of interim class counsel, and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 42) is denied. The appointment of interim counsel is a matter of discretion, pursuant to Fed. R. Civ. P. 23(g)(2)(A). Given that the named plaintiffs are not represented by competing counsel, and that the issue of class certification is currently pending, there is no need to appoint interim class counsel.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge