IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES, MAURICE W. WARD, JR., and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEPCO HOLDINGS, INC., CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 05-702 (SLR) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and for the reasons set forth in their accompanying Opening Brief, Defendants Pepco Holdings, Inc., Conectiv, and Pepco Holdings Retirement Plan, by and through their undersigned counsel, hereby move for summary judgment in their favor as to all claims.

Respectfully submitted,

/s/ Phillip T. Mellet
M. Duncan Grant (Del. Bar No. 2994)
Phillip T. Mellet (Del. Bar No. 4741)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE  19899-1709

Susan K. Hoffman
James Boudreau
LITTLER MENDELSON PC
Three Parkway
1601 Cherry Street
Philadelphia, PA  19102

Larry R. Wood, Jr. (Del. Bar No. 3262)
Kay Kyungsun Yu
Barak A. Bassman
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799

Dated:  May 1, 2007

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Phillip T. Mellet, hereby certify that on May 1, 2007 a true and correct copy of Defendants' Motion for Summary Judgment, Defendants' Opening Brief in Support of Their Motion for Summary Judgment, and proposed Order was served upon the following via CM/ECF:

>Pamela S. Tikellis, Esq.
>Robert J. Kriner, Jr., Esq.
>A. Zachary Naylor, Esq.
>Robert R. Davis, Esq.
>CHIMICLES & TIKELLIS LLP
>One Rodney Square
>P.O. Box 1035
>Wilmington, DE 19899
>
>Attorneys for Plaintiffs

/s/ Phillip T. Mellet
Phillip T. Mellet (Del. Bar No. 4741)