IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES, MAURICE W. WARD, JR., and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>               v.<br><br>PEPCO HOLDINGS, INC., CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>               Defendants. | CIVIL ACTION<br><br>NO. 05-702 (SLR) |

## ORDER

And now, on this ___ day of _____, 2007, upon consideration of the Motion for Summary Judgment of Defendants Pepco Holdings, Inc., Conectiv, and Pepco Holdings Retirement Plan (collectively, "Defendants"), and Plaintiffs' response thereto, it is hereby ORDERED that:

1. The Motion is GRANTED;

2. Judgment is hereby entered in Defendants' favor; and

3. This action is dismissed with prejudice.

_____
Chief Judge Sue L. Robinson