UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>            v.<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>            Defendants. | C. A. NO. 05-702 (SLR)<br>(Lead Case) |

**RULE 7.1.1 CERTIFICATION**

Pursuant to Local Rule 7.1.1, I, A. Zachary Naylor, counsel for Plaintiffs, certify that on June 15, 2007, James R. Malone, Jr. wrote to Susan Katz Hoffman, Esquire and Kay Kyungsung Yu, Esquire, counsel for defendants, concerning plaintiffs' objections the portions of the declaration submitted by James R. Kremmel (D.I. 89; A35-41), the email of William O. Bates (D.I. 89; A100-A113), as well as all of the exhibits attached thereto and the Expert Report of Ethan Kra (D.I. 89; A121-140), outlining plaintiffs' objections to these materials and requesting that defendants withdraw them. Defendants have indicated that they will not withdraw the referenced materials.

Dated: June 19, 2007                                    **CHIMICLES & TIKELLIS LLP**

                                                              By:   */s/ A. Zachary Naylor*
                                                                 Pamela S. Tikellis (#2172)
                                                                  Robert J. Kriner (#2546)
                                                                   A. Zachary Naylor (#4439)
                                                                   One Rodney Square
                                                                   P.O. Box 1035
                                                                   Wilmington, DE 19899
                                                                   302-656-2500 (telephone)