IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

J. MICHAEL CHARLES, MAURICE W. WARD, JR., and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

PEPCO HOLDINGS, INC., CONECTIV, and PEPCO HOLDINGS RETIRMENT PLAN,

      Defendants.

:
:
:
:
: CIVIL ACTION
:
:
: NO. 05-00702 (SLR)
:
:
:
:
:

## SECOND STIPULATION AND PROPOSED ORDER MODIFYING SCHEDULE FOR BRIEFING ON SUMMARY JUDGMENT MOTIONS

WHEREAS, the parties, through counsel, hereby stipulate and request that the Court order that the briefing schedule entered on March 5, 2007 (D.I. 81) and first modified on June 12, 2007 (D.I. 91) be amended to provide that the combined reply brief in support of Defendants' motion for summary judgment / answering brief in opposition to Plaintiffs' cross-motion for summary judgment is to be filed on or before August 3, 2007 (as opposed to July 19, 2007), and that the reply brief in support of Plaintiffs' cross-motion for summary judgment is to be filed on or before September 4, 2007 (as opposed to August 20, 2007).

WHEREAS, on March 5, 2007, the Court entered an order setting a briefing schedule for Defendants' motion for summary judgment and Plaintiffs' cross-motion for summary judgment (D.I. 81). At that time, briefing was to be completed by August 13, 2007.

WHEREAS, on May 1, 2007, Defendants filed a motion for summary judgment and a corresponding opening brief (D.I. 87, 88).

WHEREAS, on June 12, 2007, the Court entered an order approving the parties stipulation to amend the schedule for briefing on motions for summary judgment (D.I. 91). The amended schedule provided that the combined reply brief in support of Defendants' motion for summary judgment / answering brief in opposition to Plaintiffs' cross-motion for summary judgment was to be filed on or before July 19, 2007 and that the reply brief in support of Plaintiffs' cross-motion for summary judgment was to be filed on or before August 20, 2007.

WHEREAS, on June 19, 2007, Plaintiffs filed their combined answering brief in opposition to Defendants' motion for summary judgment / opening brief in support of Plaintiffs' cross-motion for summary judgment (D.I. 93).

WHEREAS, Plaintiffs and Defendants were unable to schedule the deposition of Plaintiffs' expert until July 27, 2007, eight days after the combined reply brief in support of Defendants' motion for summary judgment / answering brief in opposition to Plaintiffs' cross-motion for summary judgment is currently scheduled to be filed. Defendants intend to elicit testimony at the July 27 deposition which is directly relevant to briefing and the determination of the pending motions for summary judgment. Accordingly, the parties have stipulated and hereby request that the Court modify the briefing schedule to allow for the deposition of Plaintiffs' expert and the passing of a reasonable time thereafter prior to any additional briefing. The parties believe that the requested modification to the briefing schedule will assist the Court and expedite the final resolution of this matter

NOW THEREFORE, the parties hereby stipulate and agree, subject to Court approval, as follows:

1. Defendants shall file their combined reply brief in support of their motion for summary judgment / answering brief in opposition to Plaintiffs' cross-motion for summary

-3-

judgment on or before August 3, 2007. To the extent that Defendants rely upon additional expert evidence in connection with their reply / answering brief, they shall furnish the disclosures required with respect to their experts under Fed. R. Civ. P. 26(a)(2) contemporaneously with their reply / answering brief.

2. Plaintiffs shall file their reply brief in support of their cross-motion for summary judgment on or before September 4, 2007. To the extent that Plaintiffs rely upon additional expert evidence in connection with their reply brief, they shall furnish the disclosures required with respect to their experts under Fed. R. Civ. P. 26(a)(2) contemporaneously with their reply brief.

-4-

AGREED TO ON JULY 12, 2007 BY:

/s/ Phillip T. Mellet
M. Duncan Grant (Del. Bar No. 2994)
Phillip T. Mellet (Del. Bar No. 4741)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709
302.777.6500 (telephone)
302.421.8390 (fax)

Larry R. Wood, Jr. (Del. Bar No. 3262)
Kay Kyungsun Yu (*pro hac vice*)
Barak A. Bassman (*pro hac vice*)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000 (telephone)
215.981.4750 (fax)

and

Susan K. Hoffman (*pro hac vice*)
LITTLER MENDELSON PC
Three Parkway
1601 Cherry Street
Philadelphia, PA  19102
267.402.3015 (telephone)
267.430.7275 (fax)

Attorneys for Defendants

/s/ A. Zachary Naylor
Pamela S. Tikellis (Del. Bar No. 2172)
Robert J. Kriner (Del. Bar No. 2546)
A. Zachary Naylor (Del. Bar No. 4439)
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
302.656.2500 (telephone)
302.656.9053 (fax)

and

James R. Malone, Jr. (*pro hac vice*)
Joseph G. Sauder (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
610.642.8500 (telephone)
610.649.3633 (fax)

Attorneys for Plaintiffs

**SO ORDERED this** _____ **day of** _____ **2007**

_____
Judge Sue L. Robinson