UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated, | ) ) ) ) ) | C. A. NO. 05-702 (SLR) (Lead Case) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN, | ) ) ) | |
| Defendants. | ) | |

**APPENDIX TO REPLY BRIEF IN SUPPORT
OF PLAINTIFFS' MOTION TO STRIKE**

**CHIMICLES & TIKELLIS LLP**
Pamela S. Tikellis (#2172)
Robert J. Kriner (#2546)
A. Zachary Naylor (#4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE  19899
302-656-2500 (telephone)
302-656-9053 (fax)
    and
James R. Malone, Jr.
(*pro hac vice*)
Joseph G. Sauder
(*pro hac vice*)
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA  19041
610-642-8500 (telephone)
610-649-3633 (fax)

July 16, 2007                                    Attorneys for Plaintiffs

## TABLE OF CONTENTS

Supplemental Declaration of Maurice W. Ward ............................................................C0001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>　　　　　　　　Defendants. | C. A. NO. 05-702 (SLR)<br>(Lead Case) |

### SUPPLEMENTAL DECLARATION OF MAURICE W. WARD

Maurice W. Ward declares under penalty of perjury as follows:

1. My employer's email system has changed since 1998.

2. I was unsure how to access emails from the prior email systems.

3. I have now located a copy of the December 18, 1998 William Bates's email in the email archives.

4. I still have no recollection of ever seeing the three *Wall Street Journal* articles titled:

    a. 'Cash Balance' Saves Millions Hides Pitfalls From Workers

    b. Longtime Employees Face A Pension-Benefit 'Plateau'

    c. Employees Will Need to Know Traits of 'Cash-Balance' Plan

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___10___ day of July, 2007 at Egg Harbor, New Jersey.

　　　　　　　　　　　　　　　　　　／s／ Maurice W. Ward
　　　　　　　　　　　　　　　　　　Maurice W. Ward

C0001