## CERTIFICATE OF SERVICE

I, Phillip T. Mellet, hereby certify that on August 3, 2007, I caused to be served a true and correct copy of Defendants' Joint Reply Brief in Support of Their Motion for Summary Judgment and Answering Brief in Opposition to Plaintiffs' Cross-Motion for Partial Summary Judgment and Appendix upon all counsel of record and the following via CM/ECF:

> Pamela S. Tikellis, Esq.
> Robert J. Kriner, Jr., Esq.
> A. Zachary Naylor, Esq.
> Robert R. Davis, Esq.
> CHIMICLES & TIKELLIS LLP
> One Rodney Square
> P.O. Box 1035
> Wilmington, DE 19899
>
> Attorneys for Plaintiffs

/s/ Phillip T. Mellet
Phillip T. Mellet (Del. Bar No. 4741)