IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

J. MICHAEL CHARLES, MAURICE W. WARD,      :
JR., and JOSEPH I. FINK, JR., on behalf of      :
themselves and all others similarly situated,      :
                                                                          :      CIVIL ACTION
                                    Plaintiffs,      :
                                                                          :
                         v.                               :      NO. 05-00702 (SLR)
                                                                          :
PEPCO HOLDINGS, INC., CONECTIV, and      :
PEPCO HOLDINGS RETIRMENT PLAN,      :
                                                                          :
                                    Defendants.      :

**APPENDIX TO
DEFENDANTS' JOINT REPLY BRIEF IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT
AND ANSWERING BRIEF IN OPPOSITION TO PLAINTIFFS'
CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

M. Duncan Grant (Del Bar No. 2994)
Phillip T. Mellet (Del Bar No. 4741)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
302.777.6500

Susan Katz Hoffman, Esquire
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street
Philadelphia, PA  19102
267.402-3015 (telephone)
267.430.7275 (fax)

Larry R. Wood, Jr. (Del Bar No. 3262)
Kay Kyungsun Yu
Barak A. Bassman
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215. 981.4000 (telephone)
215.981.4750 (fax)

Dated:  August 3, 2007

Attorneys for Defendants

## TABLE OF CONTENTS

Excerpts from the Deposition of Claude Poulin 7/27/07 .................................... C-1 to C-6

Affidavit of Claude Poulin, F.S.A., E.A. ........................................................... C-7 to C-31

Delmarva Power & Light Company Retirement Plan
        (as amended and restated through January 1, 1995) ............................ C-32 to C-86

Atlantic City Electric Company Retirement Plan
        As Amended and Restated Effective January 1, 1994 ....................... C-87 to C-134

Conectiv Unanimous Consent of Directors in Lieu of a Meeting
        March 1, 1998 ................................................................................ C-135 to C-180

Excerpts from Deposition of Donald Cain 4/17/07 .................................... C-181 to C-184

Declaration of Karen E. Francks ................................................................ C-185 to C-236

Excerpts from Deposition of Benjamin Wilkinson 4/4/07 .......................... C-237 to C-240

Conectiv Total Rewards ............................................................................ C-241 to C-258

00001

```
 1        UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF DELAWARE
 2

 3  J. MICHAEL CHARLES; MAURICE W.
    WARD, JR.; and JOSEPH I. FINK, JR.,
 4  on behalf of themselves and
    all others similarly situated,
 5       Plaintiff
      V        C.A. No. 05-702(SLR)
 6
    PEPCO HOLDINGS, INC.; CONECTIV, and
 7  PEPCO HOLDINGS RETIREMENT PLAN,
         Defendants
 8              - - -

 9  THOMAS S. TROUP, on behalf of himself
    and all others similarly situated,
10       Plaintiff

11   V        C.A. No. 06-10(SLR)

12  PEPCO HOLDINGS, INC.; CONECTIV, and
    PEPCO HOLDINGS RETIREMENT PLAN,
13       Defendants

14

15        Oral deposition of CLAUDE

16  POULIN, taken at the law offices of

17  Pepper Hamilton LLP, 3000 Two Logan

18  Square, Eighteenth and Arch Streets,

19  Philadelphia, Pennsylvania, on

20  Friday, July 27, 2007, commencing at

21  approximately 9:09 a.m., before

22  Barbara McKeon Quinn, a Registered

23  Merit Reporter and Notary Public,

24  pursuant to notice.
```

00002

```
 1 APPEARANCES:

 2 JAMES R. MALONE, ESQUIRE
   jamesmalone@chimicles.com
 3 JOSEPH G. SAUDER, ESQUIRE
   josephsauder@chimicles.com
 4   CHIMICLES & TIKELLIS LLP
     One Haverford Centre
 5   361 West Lancaster Avenue
     Haverford, Pennsylvania 19041
 6   610-642-8500
     Counsel for Plaintiff
 7
   KAY KYUNGSUN YU, ESQUIRE
 8 yukay@pepperlaw.com
   PEPPER HAMILTON LLP
 9   3000 Two Logan Square
     18th & Arch Streets
10    Philadelphia, Pennsylvania 19103
     215-981-4000
11       and
   SUSAN KATZ HOFFMAN, ESQUIRE
12 shoffman@littler.com
   LITTLER MENDELSON
13    Three Parkway
     1601 Cherry Street
14    Suite 1400
     Philadelphia, Pennsylvania 19102
15    Counsel for Defendant

16 ALSO PRESENT:

17   Barbara C. Alexander, Esquire
     Ethan E. Kra, Ph.D., FSA
18

19

20       EXAMINATION INDEX

21 CLAUDE POULIN
     BY MS. YU          5
22   BY MR. MALONE          263

23

24
```

C - 2

00172

1    Q.  Is this regulation

2  applicable to the four-thirds test?

3    A.  I'm sorry?

4    Q.  Is this regulation

5  applicable to the four-thirds test?

6    A.  Is this applicable to the

7  four-thirds test?

8    Q.  Yes.  The 133 and a third

9  percent rule.

10    A.  Yes.

11    Q.  Is the four-thirds rule

12  applicable to cash balance plans?

13    A.  Yes.

14    Q.  And that is regardless of

15  the fact that when this regulation of

16  the four-thirds test was promulgated

17  cash balance plans didn't exist?

18    A.  Yes.

19    Q.  Does the IRS treat the

20  interest crediting rate as a relevant

21  factor in computing benefits?

22    A.  Under cash balance plans?

23    Q.  Yes.

24    A.  Yes.

00215

1  look at the actual benefit, the

2  actual compensation increases, but

3  assume the 4.5 percent that was

4  included in the Conectiv's 10-K

5  report, 10-K form in 1999, there

6  would still be a reduction in the

7  rate of future benefit accrual.

8      Because the ultimate

9  benefit at age 65 would still have

10  been lower under the cash balance

11  plan, whether it's 3,689 or 3,700, or

12  then it would have been under the --

13  the continuation of the previous

14  version of the plan.

15   Q.  Is there a reason why you

16  did not do these calculations then

17  precisely with respect to his age?

18   A.  Yes.  The reason is for

19  simplicity purposes.  Most -- most

20  exhibits that show these type of

21  calculations are not based on the

22  actual months of attainment of 65.

23   Q.  You also mentioned the 4.5

24  percent assumption.  Where did that

00216

1  come from?

2    A.  In fact, it is at the

3  suggestion of counsel that my first

4  calculation was based on the actual

5  pay increases, and the counsel asked

6  me to perform a calculation at the

7  4.5 percent, which was based on the

8  expected salary, or assumed salary

9  increase that was divulged or

10  disclosed in the 10-K form.

11    Q.  And when you refer to

12  counsel, is that Mr. Malone or

13  somebody from his firm?

14      MR. MALONE:  That's me.

15      THE WITNESS:  Yes, it is.

16  BY MS. YU:

17    Q.  Do you know what year the

18  10-Q was from?

19    A.  I believe it was 1999.

20      MR. MALONE:  I think if you

21  check for the form, the same rate was

22  also used in 1998.

23      THE WITNESS:  Yes.  The '99

24  Form 10-K.

00239

1    Q.  But your assumption for

2  Exhibit C-1 was that there was no pay

3  increase?

4    A.  That's right.  And in spite

5  of the fact that there were no pay

6  increases, it still showed that there

7  was an increase in the -- there would

8  have been an increase under the

9  previous version of the plan than

10  under the cash balance plan at age

11  65.

12    Q.  If you could go back to

13  Poulin 6, your Declaration in this

14  matter.

15       MR. MALONE:  For this case.

16  BY MS. YU:

17    Q.  Can you take a look at

18  paragraph 24 that begins on page 8.

19  You refer to whipsaw.

20    A.  Yes.

21    Q.  What was the purpose of

22  including this paragraph in your

23  Declaration in this case?

24    A.  I believe I was making an

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (NEWARK)

PHILLIP C. ENGERS, WARREN J. MCFALL,
DONALD G. NOERR and GERALD SMIT
individually and on behalf of all others
similarly situated,                            )
                                               )
        Plaintiffs,                            )
                                               )
        v.                                     ) Civil Action No. 98-CV-3660 (NHP)
                                               )
AT&T and AT&T MANAGEMENT                        )
PENSION PLAN,                                   )
                                               )
        Defendants.                            )

### AFFIDAVIT OF CLAUDE POULIN, F.S.A., E.A.

I, Claude Poulin, based on personal knowledge, state as follows:

1. I am an Enrolled Actuary under ERISA, a Fellow in the Society of Actuaries, and a member of the American Academy of Actuaries. I have over 30 years of experience in designing, administering, and reviewing defined benefit pension plans, including providing advice to employers, unions, governments, employees and their representatives. A copy of my Curriculum Vitae is attached as Exhibit "A".

2. I have testified before Congress on several occasions, most notably in 1973 and 1974 on the proposed legislation that became ERISA (The Employee Retirement Income Security Act). At the time ERISA was enacted in 1974, I was the Senior Actuary for the United Automobile Workers ("UAW") and, in that capacity I was responsible for the review and compliance under ERISA of approximately 3,000 pension plans the UAW had negotiated.

3. In 1978, I served as a member of the American Academy of Actuaries' Task Force on

1



Poulin
EXHIBIT NO. 14
PDM@ 7/27/07

Single-Employer Pension Plan Terminations. I testified several times before Congressional committees of both the House and Senate on Plan Termination and other ERISA matters.

4. I have been retained in this matter to determine whether 1997/1998 amendments to the AT&T Management Pension Plan resulted in a significant reduction in the rate of future benefit accrual for plan participants. In preparing my affidavit, I reviewed copies of the documents listed on the attached Exhibit "B".

5. At the beginning of 1997, the AT&T Management Pension Plan consisted of a traditional defined benefit pension plan where active participants' retirement benefits were based on their Net Credited Service multiplied by their average compensation during a so-called pay base averaging period, multiplied by a benefit accrual rate of 1.6%. For years after 1997, the benefit accrual rate was 1.6% of future compensation.

6. During 1997, AT&T management adopted two amendments to the plan: the first amendment was a Special Update, effective August 1, 1997, that updated the pay base averaging period while adding up to one year to active participants' years of Net Credited Service. The second amendment froze accruals under the prior plan and converted the existing plan to a Cash Balance Plan, effective January 1, 1998.

7. The Cash Balance amendments created cash balance accounts for active participants and provided future benefit accruals in the form of pay credits and interest credits. In order to determine the rate of future benefit accrual under a cash balance plan, the pay credits must be projected to the participant's normal retirement age (usually age 65) using the interest credits specified under the terms of the plan. The annual increase in accrued benefit at age 65 is then converted into a benefit accrual rate. The attached Exhibit C-1 shows that, for plaintiff Gerald J.

2

C - 8

Smit, the rate of accrual would go from 1.45% of salary in 1999 to 1.1% in 2015. Attached

Exhibits C-2, C-3 and C-4 show that for participants Engers, Mcfall and Noerr, rates of future

benefit accruals also decrease during the period from 1998 to their attainment of age 65. In my

opinion, these rates of future benefit accrual represent a significant reduction in these

participants' rates of future benefit accrual compared to the rate of 1.6% of compensation prior to

the 1997/1998 amendments.

     8. I reviewed the Certification of actuary Kevin R. Armant, dated November 13, 2000, in

which he stated that participants did not suffer "a significant reduction in the rate of future

benefit accrual" as a result of the conversion to the Cash Balance Plan "because the annual single

life annuity benefit payable at normal retirement age under the cash balance formula always

exceeds the annual benefit payable at normal retirement age under the formula in effect prior to

the Plan Amendment for each one of the named plaintiffs." In performing his analysis, however,

Mr. Armant failed to take into account the rates of <u>future</u> benefit accrual. Instead, he

compared accrued benefits at age 65 under the cash balance formula - increasing as a result of the

future annual pay credits and interest credits - with an accrued benefit payable at age 65 under

the Special Update, <u>frozen</u> at the 1997 level without any <u>future</u> benefit accrual. In other words,

instead of comparing the rates of <u>future</u> benefit accrual under the two versions of the plan, he

compared a frozen or static benefit with a benefit increasing each year. Under his approach, any

increase in benefit after 1997, however insignificant - such as one based on a benefit accrual rate

of only 0.1% of future compensation - would have led him to the same conclusion.

     9. The Temporary Regulations promulgated by the Secretary of the Treasury, 26 CFR

1.411(d)-6T which were in effect at the time of the plan amendments - and have since become

3

Final - specified in Q&A-4 that Section 204(h) notice is required for an amendment to a (defined benefit) plan that provides for a significant reduction in the rate of future benefit accrual, and in Q&A-5 that "an amendment to a defined benefit plan affects the rate of future benefit accrual only if it is reasonably expected to change the amount of the **future** annual benefit commencing at normal retirement age." (Emphasis added). In his analysis, Mr. Armant failed to compare the change in the amount of the **future** annual benefit by freezing the benefit payable under the Special Update at the 1997 level.

10. Exhibits E-1, E-2, E-3 and E-4 were prepared by AT&T and were used by Mr. Armant to compare the accrued benefit at age 65 under the cash balance plan formula and the frozen accrued benefit to age 65 under the Special Update. As can be seen in the Exhibits, Mr Armant chose not to show the rate of future benefit accrual under the cash balance formula. He could easily have calculated these rates by computing the annual increase in the accrued benefit at age 65 and dividing it by the participant's salary. Had he performed these calculations, he would have arrived, as I did, at the same decreasing rates of benefit accrual as found in the Exhibit C series.

11. The graphs that I prepared and that are presented in Exhibits D-1, D-2, D-3 and D-4 are based on actual pay credit rates; they also show reductions in accrual rates under the 1998 cash balance formula between 1998 and the year participants attain age 65.

4

Further Affiant Sayeth Not:

Signed: _____

Claude Poulin

Subscribed and sworn before me this_____ day of July 2001.

Exp. 1/13/03

5

C - 11

# Exhibit A

EXHIBIT A

## CURRICULUM VITAE
## OF CLAUDE POULIN

**EDUCATION:**

Fellow of the Society of Actuaries, Chicago, 1972

Laval University, School of Business Administration
Quebec City, 1966, Degree in Actuarial Science

University of Montreal, 1963, B.A., Mathematics

**EMPLOYMENT:**
Since 1980

POULIN ASSOCIATES, INC.
11083 John Marshall Highway
Delaplane, VA 20144
(540) 364-6901

Founder and president of Poulin Associates, Inc., an independent
actuarial and employee benefit consulting firm with offices in
Washington, D.C., Virginia and Montreal, Canada; special
expertise as a consultant and actuarial expert witness in ERISA
cases (pension and welfare benefits).

1969 to 1980

UNITED AUTOMOBILE WORKERS (UAW), Detroit, Michigan

Senior Actuarial Consultant and Assistant Director of the UAW
Social Security Department; responsible for monitoring over
3,000 pension and welfare plans for the Union

1966 to 1969

SUN LIFE ASSURANCE COMPANY, Montreal, Canada

Actuarial Assistant, pensions and group insurance operations

**PROFESSIONAL**
**CREDENTIALS:**

Member of the American Academy of Actuaries

Enrolled Actuary under ERISA

Fellow of the Canadian Institute of Actuaries

Member of the International Actuarial Association

Appointed by the Governor of the State of Connecticut as
Actuarial Trustee of the Connecticut State Employees'
Retirement Commission

PROFESSIONAL
CREDENTIALS:
(continued)

Member of the 1979 Panel of Actuaries and Economists to the
Social Security Advisory Council, members of which were
appointed by President Carter.

Member of the Pension Benefit Guaranty Corporation (PBGC)
1977 Panel on Contingent Employer Liability Insurance.

Member of the 1977 Tax Force of the Financial Accounting
Standards Board (FASB) on Accounting and Reporting for
Employee Benefit Plans.

Member of the Bureau of National Affairs (BNA) Pension
Reporter Advisory Board (1981-1987).

Testified before Committees of the United States House and
Senate on ERISA and related matters.

Testified before several Canadian commissions on pension reform.

Frequent radio and television commentator on economic and social
affairs.

# Exhibit B

**EXHIBIT B**

**Documents Reviewed**

1) The AT&T Management Pension Plan, amended and restated January 1, 1998

2) Copies of resolutions adopted by the Board of Directors of AT&T Corporation at a meeting held on April 16, 1997, amending the AT&T Management Pension Plan to provide the Special Update effective August 1, 1997 and to establish hypothetical cash balance accounts as of January 1, 1998

3) The certification of Kevin R. Armant, dated November 13, 2000, in support of Defendants' opposition to Plaintiffs' motion for class certification, with attachments

4) The Summary Plan Description of the 1998 AT&T Management Pension Plan

5) The Third Amended Class Action Complaint and Demand for Jury Trial

6) A Fact Sheet, dated April 28, 1997, on the changes to the AT&T Management Pension Plan

7) The AT&T Management Pension Plan, amended and restated October 1,1996

# Exhibit C



Exhibit C-1

## AT&T Management Pension Plan
### Comparison of Projected Benefits

**Employee Information**

| | |
|---|---|
| Name | Smit Gerald J. |
| Social Security Number | 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 |
| Date of Birth | 05/16/50 |
| NCS Date | 12/11/78 |
| 1998 Salary | 78,182 |

**Cash Balance Seed Calculation**

| | |
|---|---|
| 1984-1998 Average Salary | |
| Service at 12/31/96 (in order) | |
| Annual Special Update Benefit | |
| 1/1/97 Opening Balance | |

**Frozen Accrued Benefit Calculation**

| | |
|---|---|
| 1987-1992 Average Salary | 78,981 |
| Service at 12/31/92 | 18.02 |
| 1993 to July 30, 1997 Salary | 23,922 |
| Annual Frozen Accrued Benefit | 100,342 |

| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) | (15) | (16) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Employee Data** | | | **Cash Balance Formula** | | | | | | | | **Special Update** | | | |
| Year | BOP Age | BOP Service | Salary | BOP Balance | EOY Balance | Interest Credit | Pay Credit | Accrued Benefit At Age 65 | Increase In Accrued Benefit At Age 65 | Benefit Accrual Rate | Single Life Benefit Payable | Accrued Benefit At Age 65 | Single Life Benefit Payable | Accrued Benefit At Age 65 | Single Life Benefit Payable |
| 1997 | 46.58 | 18.08 | 80,983 | 109,342 | 123,374 | 7,854 | 6,278 | N/A | N/A | N/A | N/A | 23,825 | 11,762 | 18,335 | 59,430 |
| 1998 | 47.58 | 19.08 | 78,182 | 123,374 | 137,231 | 6,629 | 6,328 | 28,959 | N/A | N/A | 10,910 | 26,026 | 25,025 | 19,621 | 14.08 |
| 1999 | 48.58 | 20.08 | 78,182 | 137,231 | 151,892 | 8,906 | 6,055 | 28,059 | 1,089 | 1.46% | 11,502 | 26,228 | 26,228 | 20,834 | N/A |
| 2000 | 49.58 | 21.08 | 75,182 | 151,892 | 164,199 | 8,076 | 8,221 | 29,025 | 966 | 1.29% | 12,020 | 27,430 | 27,430 | 22,027 | N/A |
| 2001 | 50.58 | 22.08 | 75,182 | 164,199 | 176,977 | 8,558 | 8,221 | 30,168 | 1,143 | 1.52% | 12,774 | 28,633 | 27,950 | 21,220 | N/A |
| 2002 | 51.58 | 23.08 | 75,182 | 176,977 | 190,278 | 7,079 | 8,221 | 31,287 | 1,089 | 1.41% | 14,988 | 28,836 | 28,633 | 24,422 | N/A |
| 2003 | 52.58 | 24.08 | 75,182 | 190,278 | 204,110 | 7,611 | 8,221 | 32,324 | 1,057 | 1.41% | 16,269 | 31,039 | 31,039 | 25,625 | N/A |
| 2004 | 53.58 | 25.08 | 75,182 | 204,110 | 218,485 | 8,164 | 8,221 | 33,340 | 1,016 | 1.35% | 17,851 | 32,242 | 32,242 | 26,839 | 24,857 |
| 2005 | 54.58 | 26.08 | 75,182 | 218,485 | 235,012 | 8,740 | 7,776 | 34,317 | 977 | 1.30% | 19,152 | 33,446 | 33,446 | 28,041 | 27,340 |
| 2006 | 55.58 | 27.08 | 75,182 | 235,012 | 252,188 | 9,400 | 7,776 | 35,491 | 1,174 | 1.56% | 20,855 | 34,648 | 34,648 | 29,244 | 28,244 |
| 2007 | 56.58 | 28.08 | 75,182 | 252,188 | 270,052 | 10,088 | 7,776 | 36,620 | 1,129 | 1.50% | 22,074 | 35,851 | 35,851 | 30,447 | 30,447 |
| 2008 | 57.58 | 29.08 | 75,182 | 270,052 | 288,631 | 10,803 | 7,776 | 37,708 | 1,088 | 1.44% | 24,628 | 37,054 | 37,054 | 31,650 | 31,650 |
| 2009 | 58.58 | 30.08 | 75,182 | 288,631 | 307,883 | 11,545 | 7,776 | 38,750 | 1,044 | 1.39% | 26,723 | 38,257 | 38,257 | 32,853 | 32,853 |
| 2010 | 59.58 | 31.08 | 75,182 | 307,883 | 328,047 | 12,316 | 7,776 | 39,754 | 1,004 | 1.34% | 38,066 | 39,460 | 39,460 | 34,056 | 34,056 |
| 2011 | 60.58 | 32.08 | 75,182 | 328,047 | 348,846 | 13,122 | 7,776 | 40,719 | 965 | 1.28% | 31,377 | 40,663 | 40,663 | 35,259 | 35,259 |
| 2012 | 61.58 | 33.08 | 75,182 | 348,846 | 370,460 | 13,958 | 7,776 | 41,648 | 929 | 1.23% | 33,682 | 41,866 | 41,866 | 36,462 | 38,462 |
| 2013 | 62.58 | 34.08 | 75,182 | 370,460 | 393,283 | 14,827 | 7,776 | 42,540 | 892 | 1.19% | 36,708 | 43,069 | 43,069 | 37,664 | 37,664 |
| 2014 | 63.58 | 35.08 | 75,182 | 393,283 | 416,791 | 15,731 | 7,776 | 43,398 | 858 | 1.14% | 39,533 | 44,271 | 44,271 | 38,867 | 38,867 |
| 2015 | 64.58 | 36.08 | 75,182 | 416,791 | 428,871 | 9,647 | 3,133 | 44,223 | 825 | 1.10% | 43,113 | 45,474 | 45,474 | 40,070 | 40,070 |
| 2016.4/87 | 65.00 | 36.50 | 75,182 | 428,871 | | | | 44,560 | 338 | 0.45% | 44,559 | 46,677 | 46,677 | 40,672 | 40,672 |

**Assumptions:**

| | |
|---|---|
| Salary Increases | 0.00% |
| SBWB Increases | 0.00% |
| 401(a)(17) Limit Increases | 0.00% |

Foulin Associates, Inc.

7/7/2001



C - 18

Exhibit C-2

## AT&T Management Pension Plan
## Comparison of Projected Benefits

**Employee Information**

Name: Engers Philip C.
Social Security Number: 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
Date of Birth: 10/26/48
NCS Date: 01/11/72
1998 Salary: 100,438

**Cash Balance Seed Calculation**

| | |
|---|---|
| 1994-1996 Average Salary | |
| Service at 12/31/96 (w/ added) | |
| Annual Special Update Benefit | |
| 1/1/97 Opening Balance | |

**Frozen Accrued Benefit Calculation**

| | |
|---|---|
| 1987-1992 Average Salary | 65,109 |
| Service at 12/31/92 | 21.00 |
| 1993 to July 30, 1997 Salary | 414,639.23 |
| Annual Frozen Accrued Benefit | 26,159 |

| | | | | | | | Cash Balance Formula | | | | | Special Update | | Prior Plan Formula | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Employee Data | | | | | | | | | | | | | | |
| (1) Year | (2) BOP Age | (3) BOP Service | (4) Salary | (5) BOP Balance | (6) Pay Credit | (7) Interest Credit | (8) EOY Balance | (9) Accrued Benefit At Age 65 | (10) Increase In Accrued Benefit At Age 65 | (11) Benefit Accrual Rate | (12) Single Life Benefit Payable | (13) Accrued Benefit At Age 65 | (14) Single Life Benefit Payable | (15) Accrued Benefit At Age 65 | (16) Single Life Benefit Payable |
| 1997 | 48.25 | 25.00 | 100,094 | 198,054 | 8,874 | 13,934 | 221,862 | N/A | N/A | N/A | N/A | 40,294 | 23,978 | 25,213 | 65,109 |
| 1998 | 49.25 | 26.00 | 100,438 | 221,862 | 10,508 | 14,600 | 247,060 | 45,467 | N/A | N/A | 18,377 | 41,901 | 41,901 | 25,828 | N/A |
| 1999 | 50.25 | 27.00 | 100,438 | 247,060 | 10,262 | 17,289 | 275,611 | 47,496 | 2,020 | 2.02% | 20,735 | 43,508 | 43,508 | 28,435 | 20,331 |
| 2000 | 51.25 | 28.00 | 100,438 | 275,611 | 10,262 | 19,024 | 298,897 | 49,333 | 1,837 | 1.83% | 23,276 | 45,115 | 45,115 | 30,042 | 23,283 |
| 2001 | 52.25 | 29.00 | 100,438 | 298,897 | 10,262 | 11,676 | 316,035 | 51,099 | 1,766 | 1.74% | 25,238 | 46,722 | 46,722 | 31,649 | 26,427 |
| 2002 | 53.25 | 30.00 | 100,438 | 316,035 | 10,262 | 12,761 | 342,058 | 52,796 | 1,698 | 1.65% | 27,533 | 48,329 | 48,329 | 33,256 | 31,510 |
| 2003 | 54.25 | 31.00 | 100,438 | 342,058 | 12,827 | 13,662 | 368,557 | 54,431 | 1,633 | 1.63% | 29,681 | 49,936 | 49,936 | 34,863 | 34,079 |
| 2004 | 55.25 | 32.00 | 100,438 | 368,557 | 12,827 | 14,743 | 396,137 | 58,283 | 1,603 | 1.56% | 32,673 | 51,643 | 51,643 | 36,470 | 38,470 |
| 2005 | 56.25 | 33.00 | 100,438 | 396,137 | 12,827 | 15,846 | 424,810 | 58,290 | 1,887 | 1.88% | 35,458 | 53,160 | 53,160 | 38,077 | 38,077 |
| 2006 | 57.25 | 34.00 | 100,438 | 424,810 | 12,827 | 16,992 | 454,630 | 60,085 | 1,815 | 1.81% | 38,649 | 54,767 | 54,767 | 39,684 | 39,684 |
| 2007 | 58.25 | 35.00 | 100,438 | 454,630 | 12,827 | 18,186 | 485,642 | 61,840 | 1,745 | 1.74% | 41,872 | 56,384 | 56,384 | 41,291 | 41,291 |
| 2008 | 59.25 | 36.00 | 100,438 | 485,642 | 12,827 | 19,428 | 517,898 | 63,517 | 1,678 | 1.67% | 45,440 | 57,971 | 57,971 | 42,898 | 42,898 |
| 2009 | 60.25 | 37.00 | 100,438 | 517,898 | 12,827 | 20,718 | 551,438 | 65,131 | 1,613 | 1.61% | 49,233 | 59,578 | 59,578 | 44,505 | 44,605 |
| 2010 | 61.25 | 38.00 | 100,438 | 551,438 | 12,827 | 22,058 | 586,323 | 66,682 | 1,551 | 1.54% | 53,398 | 61,185 | 61,185 | 46,112 | 46,112 |
| 2011 | 62.25 | 39.00 | 100,438 | 586,323 | 12,827 | 23,453 | 622,603 | 68,173 | 1,491 | 1.48% | 57,823 | 62,792 | 62,792 | 47,719 | 47,719 |
| 2012 | 63.25 | 40.00 | 100,438 | 622,603 | 12,827 | 24,904 | 660,334 | 69,607 | 1,434 | 1.43% | 62,638 | 64,399 | 64,399 | 49,326 | 49,326 |
| 2013 | 64.25 | 41.00 | 100,438 | 660,334 | 12,827 | 19,810 | 697,950 | 70,986 | 1,379 | 1.37% | 67,814 | 66,006 | 66,006 | 50,933 | 50,933 |
| 2013.78 | 65.00 | 41.78 | 100,438 | 697,950 | 7,905 | | | 71,811 | 625 | 0.62% | 71,811 | 67,613 | 67,613 | 52,158 | 52,158 |

**Assumptions:**

| | |
|---|---|
| Salary Increases | 0.00% |
| 58WB Increases | 0.00% |
| 401(a)(17) Limit Increases | 0.00% |

Poulin Associates, Inc.

7/7/2001



C - 19

Exhibit C-3

**AT&T Management Pension Plan**
**Comparison of Projected Benefits**

Employee Information
Name: McfaII Warren J.
Social Security Number: 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
Date of Birth: 06/17/08
NCB Date: 12/20/76
1996 Salary: 92,139

Cash Balance Seed Calculation
1994-1996 Average Salary
Service at 12/31/96 (or older)
Annual Special Update Benefit
1/1/87 Opening Balance

Frozen Accrued Benefit Calculation
1987-1992 Average Salary     55,395
Service at 12/31/92     14.08
1992 to July 30, 1997 Salary     322,712.08
Annual Frozen Accrued Benefit     17,935

| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) Cash Balance Formula | (9) | (10) | (11) | (12) | (13) Special Update | (14) | (15) Prior Plan Formula | (16) |
| | Employee Data | | | | | | | | | | | | | | |
| Year | BOP Age | BOP Service | Salary | BOP Balance | Pay Credit | Interest Credit | EOY Balance | Accrued Benefit At Age 65 | Increase in Accrued Benefit At Age 65 | Benefit Accrual Rate | Single Life Benefit Payable | Accrued Benefit At Age 65 | Single Life Benefit Payable | Accrued Benefit At Age 65 | Single Life Benefit Payable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1997 | 55.58 | 18.08 | 92,139 | 148,184 | 11,880 | 10,443 | 171,816 | N/A | N/A | N/A | N/A | 21,181 | 21,181 | 18,809 | 18,809 |
| 1998 | 56.58 | 19.08 | 92,139 | 171,816 | 11,588 | 12,008 | 195,109 | 23,437 | N/A | N/A | 18,154 | 22,638 | 22,638 | 16,284 | 16,284 |
| 1999 | 60.58 | 20.08 | 92,139 | 195,100 | 11,168 | 13,656 | 219,934 | 24,917 | 1,460 | 1.81% | 18,662 | 24,109 | 24,109 | 19,766 | 19,766 |
| 2000 | 61.58 | 21.08 | 92,139 | 219,934 | 11,168 | 8,797 | 239,900 | 26,250 | 1,333 | 1.45% | 21,417 | 26,564 | 26,564 | 21,232 | 21,232 |
| 2001 | 62.58 | 22.08 | 92,139 | 209,900 | 9,568 | 9,566 | 260,663 | 27,531 | 1,282 | 1.35% | 23,816 | 27,038 | 27,038 | 22,708 | 22,708 |
| 2002 | 63.58 | 23.08 | 92,139 | 260,663 | 11,168 | 10,427 | 282,258 | 28,784 | 1,232 | 1.34% | 26,401 | 28,532 | 28,532 | 24,160 | 24,160 |
| 2003 | 64.58 | 24.08 | 92,139 | 282,258 | 11,168 | | 260,602 | 29,940 | 1,195 | 1.29% | 29,197 | 30,008 | 30,008 | 25,655 | 25,655 |
| 2003-4/97 | 65.00 | 24.50 | 92,139 | 260,602 | 3,939 | 4,705 | | 30,385 | 408 | 0.44% | 30,355 | 31,460 | 31,460 | 26,269 | 26,269 |

Assumptions:

Salary Increases     0.00%
BSVIB Increases     0.00%
401(a)(17) Limit Increases     0.00%

Poulin Associates, Inc.

7/6/2001

Exhibit C-4

## AT&T Management Pension Plan
### Comparison of Projected Benefits

**Employee Information**
Name: Noerr Donald G.
Social Security Number: 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
Date of Birth: 03/30/42
NCS Date: 08/16/81
1996 Salary: 75,372

**Cash Balance Seed Calculation**
1994-1996 Average Salary
Service at 12/31/96 (w/ added)
Annual Special Update Benefit
1/1/97 Opening Balance

| | | 80,952 |
| | | 16.33 |
| | | 18,276 |
| | | 111,461 |

**Frozen Accrued Benefit Calculation**
1997-1996 Average Salary: 57,691
Service at 12/31/02: 11.58
1993 to July 30, 1997 Salary: 316,442.05
Annual Frozen Accrued Benefit: 15,735

| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) | (15) | (16) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Employee Data** | | | **Cash Balance Formula** | | | | | | | | **Special Update** | | **Prior Plan Formula** | |
| Year | BOP Age | BOP Service | Salary | BOP Balance | Pay Credit | Interest Credit | EOY Balance | Accrued Benefit At Age 65 | Increase in Accrued Benefit At Age 65 | Benefit Accrual Rate | Single Life Benefit Payable | Accrued Benefit At Age 65 | Single Life Benefit Payable | Accrued Benefit At Age 65 | Single Life Benefit Payable |
| 1997 | 54.83 | 15.58 | 70,676 | 111,461 | 7,675 | 7,604 | 126,856 | N/A | N/A | N/A | N/A | 18,276 | 18,093 | 16,035 | N/A |
| 1998 | 55.83 | 16.58 | 79,372 | 126,856 | 8,234 | 8,960 | 143,874 | 20,082 | N/A | N/A | 11,293 | 19,481 | 19,481 | 16,164 | N/A |
| 1999 | 56.83 | 17.58 | 75,372 | 143,874 | 7,814 | 10,078 | 161,667 | 21,300 | 1,218 | 1.62% | 12,968 | 20,687 | 20,687 | 17,270 | N/A |
| 2000 | 57.83 | 18.58 | 75,372 | 161,667 | 7,814 | 6,475 | 176,166 | 22,380 | 1,080 | 1.43% | 14,814 | 21,893 | 21,893 | 18,676 | N/A |
| 2001 | 58.83 | 19.58 | 75,372 | 176,166 | 7,814 | 7,048 | 191,018 | 23,410 | 1,030 | 1.28% | 16,374 | 23,009 | 23,009 | 19,782 | N/A |
| 2002 | 59.83 | 20.58 | 75,372 | 191,018 | 7,814 | 7,641 | 206,471 | 24,418 | 1,009 | 1.25% | 18,040 | 24,305 | 24,305 | 20,989 | N/A |
| 2003 | 60.83 | 21.58 | 75,372 | 206,471 | 7,814 | 8,296 | 222,646 | 25,378 | 961 | 1.27% | 19,834 | 25,511 | 25,511 | 22,104 | 20,089 |
| 2004 | 61.83 | 22.58 | 75,372 | 222,646 | 7,814 | 8,902 | 239,261 | 26,302 | 924 | 1.23% | 21,772 | 26,717 | 26,717 | 23,400 | 22,104 |
| 2005 | 62.83 | 23.58 | 75,372 | 239,261 | 7,814 | 9,670 | 256,848 | 27,190 | 888 | 1.16% | 23,870 | 27,923 | 27,923 | 24,606 | 23,400 |
| 2006 | 63.83 | 24.58 | 75,372 | 256,848 | 7,814 | 10,288 | 274,726 | 28,044 | 854 | 1.13% | 26,128 | 29,129 | 29,129 | 25,812 | 24,606 |
| 2007 | 64.83 | 25.58 | 75,372 | 274,726 | 7,814 | 1,632 | 277,814 | 28,865 | 821 | 1.06% | 28,873 | 30,335 | 30,335 | 27,018 | 25,812 |
| 2007-1997 | 65.00 | 25.75 | 75,372 | 277,814 | 1,269 | | | 28,999 | 134 | 0.16% | 28,999 | 31,541 | 31,541 | 27,210 | 27,018 |
| | | | | | | | | | | | | | | | 27,210 |

**Assumptions:**

| | |
|---|---|
| Salary Increases | 0.00% |
| SSWB Increases | 0.00% |
| 401(a)(17) Limit Increases | 0.00% |

Poulin Associates, Inc.

7/5/2001

C - 21

# Exhibit D







Exhibit D-3



# Exhibit E

Exhibit E-1

## AT&T Management Pension Plan
### Comparison of Projected Benefits

**Employee Information**

| | |
|---|---|
| Name | Smit Gerald J. |
| Social Security Number | 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 |
| Date of Birth | 05/19/50 |
| NCS Date | 12/11/78 |
| 1996 Salary | 75,182 |

**Cash Balance Seed Calculation**

| | |
|---|---|
| 1994-1996 Average Salary | 78,361 |
| Service at 12/31/96 (w/ adder) | 19.00 |
| Annual Special Update Benefit | 23,822 |
| 1/1/97 Opening Balance | 109,342 |

**Frozen Accrued Benefit Calculation**

| | |
|---|---|
| 1987-1992 Average Salary | 59,430 |
| Service at 12/31/92 | 14.08 |
| 1993 to July 30, 1997 Salary | 359,155.47 |
| Annual Frozen Accrued Benefit | 19,136 |

| | Employee Data | | | | | Cash Balance Formula | | | | Special Update | | Prior Plan Formula | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | BOP Age | BOP Service | Salary | BOP Balance | Pay Credit | Interest Credit | EOY Balance | Accrued Benefit At Age 55 | Single Life Benefit Payable | Accrued Benefit At Age 65 | Single Life Benefit Payable | Accrued Benefit At Age 65 | Single Life Benefit Payable |
| 1997 | 46.58 | 18.08 | 80,998 | 109,342 | 6,276 | 7,654 | 123,274 | N/A | N/A | 23,822 | 11,792 | 18,326 | N/A |
| 1998 | 47.58 | 19.08 | 75,182 | 123,274 | 5,328 | 8,629 | 137,231 | 26,969 | 10,070 | 23,822 | 13,221 | 19,621 | N/A |
| 1999 | 48.58 | 20.08 | 75,182 | 137,231 | 5,055 | 9,608 | 151,892 | 28,056 | 11,302 | 23,822 | 14,650 | 20,824 | N/A |
| 2000 | 49.58 | 21.08 | 75,182 | 151,892 | 6,078 | 6,219 | 164,189 | 29,028 | 12,620 | 23,822 | 16,080 | 22,027 | N/A |
| 2001 | 50.58 | 22.08 | 75,182 | 164,189 | 6,221 | 6,568 | 176,977 | 30,168 | 13,774 | 23,822 | 17,509 | 23,229 | N/A |
| 2002 | 51.58 | 23.08 | 75,182 | 176,977 | 6,221 | 7,079 | 190,278 | 31,267 | 14,998 | 23,822 | 18,938 | 24,432 | N/A |
| 2003 | 52.58 | 24.08 | 75,182 | 190,278 | 6,221 | 7,611 | 204,110 | 32,324 | 16,299 | 23,822 | 20,368 | 25,635 | N/A |
| 2004 | 53.58 | 25.08 | 75,182 | 204,110 | 6,221 | 8,164 | 218,495 | 33,340 | 17,661 | 23,822 | 21,797 | 26,838 | 24,557 |
| 2005 | 54.58 | 26.08 | 75,182 | 218,495 | 7,776 | 8,740 | 235,012 | 34,317 | 19,162 | 23,822 | 23,226 | 28,041 | 27,340 |
| 2006 | 55.58 | 27.08 | 75,182 | 235,012 | 7,778 | 9,400 | 252,188 | 35,491 | 20,656 | 23,822 | 23,822 | 28,244 | 29,244 |
| 2007 | 56.58 | 28.08 | 75,182 | 252,188 | 7,778 | 10,088 | 270,052 | 36,620 | 22,674 | 23,822 | 23,822 | 30,447 | 30,447 |
| 2008 | 57.58 | 29.08 | 75,182 | 270,052 | 7,776 | 10,602 | 288,631 | 37,706 | 24,625 | 23,822 | 23,822 | 31,650 | 31,650 |
| 2009 | 58.58 | 30.08 | 75,182 | 288,631 | 7,776 | 11,645 | 307,985 | 38,751 | 26,723 | 23,822 | 23,822 | 32,853 | 32,853 |
| 2010 | 59.58 | 31.08 | 75,182 | 307,985 | 7,776 | 12,318 | 328,047 | 39,764 | 28,868 | 23,822 | 23,822 | 34,056 | 34,056 |
| 2011 | 60.58 | 32.08 | 75,182 | 328,047 | 7,776 | 13,122 | 348,946 | 40,719 | 31,377 | 23,822 | 23,822 | 35,259 | 35,259 |
| 2012 | 61.58 | 33.08 | 75,182 | 348,946 | 7,776 | 13,068 | 370,680 | 41,646 | 33,980 | 23,822 | 23,822 | 36,462 | 36,462 |
| 2013 | 62.58 | 34.08 | 75,182 | 370,680 | 7,778 | 14,927 | 393,283 | 42,540 | 36,796 | 23,822 | 23,822 | 37,664 | 38,867 |
| 2014 | 63.58 | 35.08 | 75,182 | 393,283 | 7,776 | 15,731 | 416,791 | 43,398 | 38,833 | 23,822 | 23,822 | 38,867 | 38,867 |
| 2015 | 64.58 | 36.08 | 75,182 | 416,791 | 7,778 | 6,947 | 428,871 | 44,223 | 43,113 | 23,822 | 23,822 | 40,070 | 40,070 |
| 2015.4167 | 65.00 | 36.50 | 75,182 | 428,871 | 3,153 | | 428,671 | 44,559 | 44,509 | 23,822 | 23,822 | 40,572 | 40,572 |

**Assumptions:**

| | |
|---|---|
| Salary Increases | 0.00% |
| SSWB Increases | 0.00% |
| 401(a)(17) Limit Increases | 0.00% |

Cam0948ATT 7/7/2001

C - 28

Exhibit E-2

**AT&T Management Pension Plan**
**Comparison of Projected Benefits**

**Employee Information**
Name: Engers Phillip C.
Social Security Number: 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
Date of Birth: 10/28/48
NCS Date: 01/17/72
1998 Salary: 100,436

**Cash Balance Seed Calculation**
1994-1996 Average Salary: 96,861
Service at 12/31/96 (w/ adder): 28.00
Annual Special Update Benefit: 40,294
1/1/97 Opening Balance: 199,054

**Frozen Accrued Benefit Calculation**
1987-1992 Average Salary: 56,109
Service at 12/31/92: 21.00
1993 to July 30, 1997 Salary: 414,630.23
Annual Frozen Accrued Benefit: 26,159

| Year | Employee Data BOP Age | BOP Service | Salary | BOP Balance | Cash Balance Formula Pay Credit | Interest Credit | EOY Balance | Accrued Benefit At Age 65 | Single Life Benefit Payable | Special Update Accrued Benefit At Age 65 | Special Update Single Life Benefit Payable | Prior Plan Formula Accrued Benefit At Age 65 | Prior Plan Single Life Benefit Payable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1997 | 48.25 | 25.00 | 100,964 | 199,054 | 8,874 | 13,934 | 221,862 | N/A | N/A | 40,294 | 23,875 | 25,213 | N/A |
| 1998 | 49.25 | 26.00 | 100,436 | 221,862 | 10,598 | 15,530 | 247,990 | 45,467 | 18,377 | 40,294 | 26,363 | 26,628 | 20,331 |
| 1999 | 50.25 | 27.00 | 100,436 | 247,990 | 10,262 | 17,359 | 275,611 | 47,498 | 20,735 | 40,294 | 28,810 | 28,436 | 23,283 |
| 2000 | 51.25 | 28.00 | 100,436 | 275,611 | 10,262 | 11,024 | 298,897 | 49,333 | 23,278 | 40,294 | 31,228 | 30,042 | 28,427 |
| 2001 | 52.25 | 29.00 | 100,436 | 298,897 | 11,876 | 11,876 | 319,036 | 51,099 | 25,338 | 40,294 | 33,646 | 31,849 | 31,510 |
| 2002 | 53.25 | 30.00 | 100,436 | 319,036 | 12,761 | 12,761 | 342,068 | 52,798 | 27,833 | 40,294 | 36,179 | 33,266 | 34,079 |
| 2003 | 54.25 | 31.00 | 100,436 | 342,068 | 12,827 | 13,682 | 368,657 | 54,431 | 29,661 | 40,294 | 38,388 | 34,863 | 35,470 |
| 2004 | 55.25 | 32.00 | 100,436 | 368,657 | 12,827 | 14,743 | 396,137 | 56,353 | 32,573 | 40,294 | 40,294 | 36,470 | 36,017 |
| 2005 | 56.25 | 33.00 | 100,436 | 396,137 | 12,827 | 15,845 | 424,810 | 58,280 | 35,456 | 40,294 | 40,294 | 38,077 | 38,077 |
| 2006 | 57.25 | 34.00 | 100,436 | 424,810 | 12,827 | 16,992 | 454,630 | 60,095 | 38,549 | 40,294 | 40,294 | 39,684 | 39,684 |
| 2007 | 58.25 | 35.00 | 100,436 | 454,630 | 12,827 | 18,185 | 485,642 | 61,840 | 41,672 | 40,294 | 40,294 | 41,291 | 41,291 |
| 2008 | 59.25 | 36.00 | 100,436 | 485,642 | 12,827 | 19,426 | 517,895 | 63,617 | 45,440 | 40,294 | 40,294 | 42,898 | 42,898 |
| 2009 | 60.25 | 37.00 | 100,436 | 517,895 | 12,827 | 20,716 | 551,438 | 65,131 | 49,263 | 40,294 | 40,294 | 44,505 | 44,505 |
| 2010 | 61.25 | 38.00 | 100,436 | 551,438 | 12,827 | 22,098 | 586,323 | 66,682 | 53,369 | 40,294 | 40,294 | 46,112 | 46,112 |
| 2011 | 62.25 | 39.00 | 100,436 | 586,323 | 12,827 | 23,483 | 622,603 | 68,173 | 57,823 | 40,294 | 40,294 | 47,719 | 47,719 |
| 2012 | 63.25 | 40.00 | 100,436 | 622,603 | 12,827 | 24,904 | 660,334 | 69,607 | 62,636 | 40,294 | 40,294 | 49,326 | 49,326 |
| 2013 | 64.25 | 41.00 | 100,436 | 660,334 | 12,827 | 19,810 | 687,950 | 70,986 | 67,814 | 40,294 | 40,294 | 50,933 | 50,933 |
| 2013.75 | 65.00 | 41.75 | 100,436 | 687,950 | 7,605 | | | 71,811 | 71,811 | 40,294 | 40,294 | 52,138 | 52,138 |

**Assumptions:**
Salary Increases — 0.00%
SSWB Increases — 0.00%
401(a)(17) Limit Increases — 0.00%

Cem0546ATT 7/7/2001



Exhibit E-3

## AT&T Management Pension Plan
## Comparison of Projected Benefits

**Employee Information**

| | |
|---|---|
| Name | McFall Warren J. |
| Social Security Number | 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 |
| Date of Birth | 06/17/38 |
| NCS Date | 12/28/78 |
| 1996 Salary | 92,139 |

**Cash Balance Seed Calculation**

| | |
|---|---|
| 1994-1996 Average Salary | 69,915 |
| Service at 12/31/96 (wl older) | 18.92 |
| Annual Special Update Benefit | 21,161 |
| 1/1/97 Opening Balance | 149,184 |

**Frozen Accrued Benefit Calculation**

| | |
|---|---|
| 1987-1992 Average Salary | 55,350 |
| Service at 12/31/92 | 14.08 |
| 1993 to July 30, 1997 Salary | 322,712.08 |
| Annual Frozen Accrued Benefit | 17,635 |

| | Employee Data | | | Cash Balance Formula | | | | | | Special Update | | Prior Plan Formula | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | BOP Age | BOP Service | Salary | BOP Balance | Pay Credit | Interest Credit | EOY Balance | Accrued Benefit At Age 65 | Single Life Benefit Payable | Accrued Benefit At Age 65 | Single Life Benefit Payable | Accrued Benefit At Age 65 | Single Life Benefit Payable |
| 1997 | 58.58 | 18.08 | 85,465 | 149,184 | 10,553 | 10,443 | 170,180 | N/A | N/A | 21,161 | 21,161 | 16,809 | N/A |
| 1998 | 59.58 | 19.08 | 92,139 | 170,180 | 11,588 | 11,913 | 193,681 | 23,255 | 16,008 | 21,161 | 21,161 | 18,177 | N/A |
| 1999 | 60.58 | 20.08 | 92,139 | 193,681 | 11,168 | 13,558 | 218,406 | 24,734 | 18,525 | 21,161 | 21,161 | 19,651 | 19,651 |
| 2000 | 61.58 | 21.08 | 92,139 | 218,406 | 11,168 | 8,736 | 238,310 | 26,067 | 21,268 | 21,161 | 21,161 | 21,125 | 21,125 |
| 2001 | 62.58 | 22.08 | 92,139 | 238,310 | 11,168 | 9,832 | 259,010 | 27,349 | 23,656 | 21,161 | 21,161 | 22,599 | 22,599 |
| 2002 | 63.58 | 23.08 | 92,139 | 259,010 | 11,168 | 10,360 | 280,539 | 28,681 | 26,233 | 21,161 | 21,161 | 24,074 | 24,074 |
| 2003 | 64.58 | 24.08 | 92,139 | 280,539 | 11,168 | 10,380 | 289,054 | 29,766 | 29,019 | 21,161 | 21,161 | 25,548 | 25,548 |
| 2003.4167 | 65.00 | 24.50 | 92,139 | 289,054 | 3,839 | 4,876 | 289,054 | 30,173 | 30,173 | 21,161 | 21,161 | 26,162 | 26,162 |

Assumptions:

| | |
|---|---|
| Salary Increases | 0.00% |
| SSWB Increases | 0.00% |
| 401(a)(17) Limit Increases | 0.00% |

Cam046ATT 7/7/2001

C - 30

Exhibit E-4

## AT&T Management Pension Plan
### Comparison of Projected Benefits

**Employee Information**

| | |
|---|---|
| Name | Noerr Donald G. |
| Social Security Number | 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 |
| Date of Birth | 03/30/42 |
| NCS Date | 06/15/61 |
| 1998 Salary | 75,372 |

**Cash Balance Seed Calculation**

| | |
|---|---|
| 1994-1998 Average Salary | 69,932 |
| Service at 12/31/98 | 16.33 |
| Annual Special Update Benefit | 16,276 |
| 1/1/97 Opening Balance | 111,481 |

**Frozen Accrued Benefit Calculation**

| | |
|---|---|
| 1987-1992 Average Salary | 57,581 |
| Service at 12/31/92 | 11.58 |
| 1993 to July 30, 1997 Salary | 318,442.05 |
| Annual Frozen Accrued Benefit | 15,735 |

| Year | Employee Data BOP Age | BOP Service | Salary | Cash Balance Formula BOP Balance | Pay Credit | Interest Credit | EOY Balance | Accrued Benefit At Age 65 | Single Life Benefit Payable | Special Update Accrued Benefit At Age 65 | Single Life Benefit Payable | Prior Plan Formula Accrued Benefit At Age 65 | Single Life Benefit Payable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1997 | 54.63 | 15.58 | 70,575 | 111,481 | 7,575 | 7,804 | 126,859 | N/A | N/A | 18,276 | 18,093 | 16,035 | N/A |
| 1998 | 55.63 | 16.58 | 75,372 | 126,859 | 8,234 | 6,880 | 143,974 | 20,082 | 11,293 | 18,276 | 18,276 | 16,164 | N/A |
| 1999 | 56.63 | 17.58 | 75,372 | 143,974 | 7,814 | 10,078 | 161,867 | 21,300 | 12,888 | 18,276 | 18,276 | 17,370 | N/A |
| 2000 | 57.63 | 18.58 | 75,372 | 161,867 | 7,814 | 8,475 | 176,156 | 22,380 | 14,814 | 18,276 | 18,276 | 18,678 | N/A |
| 2001 | 58.63 | 19.58 | 75,372 | 176,156 | 7,814 | 7,048 | 191,018 | 23,419 | 16,374 | 18,276 | 18,276 | 19,782 | N/A |
| 2002 | 59.63 | 20.58 | 75,372 | 191,018 | 7,814 | 7,641 | 206,471 | 24,418 | 18,040 | 18,276 | 18,276 | 20,988 | 20,988 |
| 2003 | 60.63 | 21.58 | 75,372 | 206,471 | 7,814 | 8,259 | 222,545 | 25,379 | 19,834 | 18,276 | 18,276 | 22,194 | 22,194 |
| 2004 | 61.63 | 22.58 | 75,372 | 222,545 | 7,814 | 8,902 | 239,261 | 26,302 | 21,772 | 18,276 | 18,276 | 23,400 | 23,400 |
| 2005 | 62.63 | 23.58 | 75,372 | 239,261 | 7,814 | 9,570 | 256,646 | 27,190 | 23,870 | 18,276 | 18,276 | 24,606 | 24,606 |
| 2006 | 63.63 | 24.58 | 75,372 | 256,646 | 7,814 | 10,266 | 274,728 | 28,044 | 26,128 | 18,276 | 18,276 | 25,812 | 25,812 |
| 2007 | 64.63 | 25.58 | 75,372 | 274,728 | 7,814 | | 277,814 | 28,885 | 28,573 | 18,276 | 18,276 | 27,018 | 27,018 |
| 2007,1&67 | 65.00 | 25.75 | 75,372 | 277,814 | 1,266 | 1,832 | 277,814 | 28,999 | 28,999 | 18,276 | 18,276 | 27,219 | 27,219 |

**Assumptions:**

| | |
|---|---|
| Salary Increases | 0.00% |
| SSWB Increases | 0.00% |
| 401(e)(17) Limit Increases | 0.00% |