IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>PEPCO HOLDINGS, INC.; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>                Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 05-702-SLR<br>:   (Lead Case)<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **18th** day of **September, 2007**,

IT IS ORDERED that counsel are to advise the Magistrate Judge of any decisions rendered on the cross-motions for summary judgment. It is the plan of the court thereafter to schedule separate teleconferences with each side to determine whether further mediation would be beneficial.

                                              /s/ Mary Pat Thynge
                                            UNITED STATES MAGISTRATE JUDGE