IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES, MAURICE W. WARD, JR., JOSEPH I. FINK, JR., and THOMAS S. TROUP,<br><br>Plaintiffs,<br><br>v.<br><br>PEPCO HOLDINGS, INC., CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>Defendants. | Civ. No. 05-702-SLR<br>Consolidated with<br>Civ. No. 06-010-SLR |

# O R D E R

At Wilmington this 19th day of September, 2007, consistent with the memorandum opinion issued this date;

IT IS ORDERED that:

1. Defendants' motion for summary judgment (D.I. 87) is granted.

2. Plaintiffs' cross-motion for partial summary judgment (D.I. 92) is denied, and their motion for class certification (D.I. 67) is denied as moot.

3. The Clerk of Court is directed to enter judgment against plaintiffs and in favor of defendants.

_____
United States District Judge