NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,

DISTRICT COURT
DOCKET NUMBER: 05-702-SLR
(Lead Case)

**DISTRICT COURT JUDGE:**

SUE L. ROBINSON

          Plaintiffs,

v.

PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,

          Defendants.

Notice is hereby given that J. Michael Charles, Maurice W. Ward, Jr., Joseph I. Fink, Jr. and Thomas S. Troup, on behalf of themselves and all others similarly situated appeal to the United States Court of Appeals for the Third Circuit from the Order (D.I. #116) entered in this action on September 19, 2007 and the final judgment (D.I. #117) entered in this action on September 20, 2007. True and correct copies of the Order and Final Judgment are attached to this Notice as Exhibits A and B.

Dated: October 12, 2007

*[signature]*

Pamela S. Tikellis (#2172)
Robert J. Kriner (#2546)
A. Zachary Naylor (#4439)
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
302-656-2500 (telephone)
302-656-9053 (fax)

*Counsel for Plaintiffs/Appellants*

Additional counsel for Plaintiffs listed on the attached sheet.

M. Duncan Grant (#2994)
Matthew A. Kaplan (#4956)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302-777-6500 (telephone)

*Counsel for Defendants/Appellees*

Additional counsel for Defendants listed on attached sheet.

## LIST OF ADDITIONAL COUNSEL
### Case No. 05-702-SLR

**FOR PLAINTIFFS:**

James R. Malone, Jr. *(pro hac vice)*
Joseph G. Sauder *(pro hac vice)*
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA  19041
610-642-8500 (telephone)
610-649-3633 (fax)

**FOR DEFENDANTS:**

Larry R. Wood, Jr. (#3262)
Kay Kyungsun Yu
Barak A. Bassman
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
215-981-4000 (telephone)
215-981-4750 (fax)

Susan Katz Hoffman
LITTLER MENDELSON, P.C.
Three Parkway, 1601 Cherry Street
Philadelphia, PA  19102
267-402-3015 (telephone)
267-430-7275 (fax)