# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES, MAURICE W. WARD, JR., JOSEPH I. FINK, JR., and THOMAS S. TROUP,<br><br>    Plaintiffs,<br><br>v.<br><br>PEPCO HOLDINGS, INC., CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>    Defendants. | Civ. No. 05-702-SLR<br>Consolidated with<br>Civ. No. 06-010-SLR |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of September 19, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Pepco Holdings, Inc., Conectiv, and Pepco Holdings Retirement Plan and against plaintiffs J. Michael Charles, Maurice W. Ward, Jr., Joseph I. Fink, Jr. and Thomas S. Troup.

_____
United States District Judge

Dated: September 20, 2007

_____
(By) Deputy Clerk