# Chimicles & Tikellis LLP
ATTORNEYS AT LAW

One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053
E-mail: Mail@Chimicles.com

Nicholas E. Chimicles
Pamela S. Tikellis *
James R. Malone, Jr.
Michael D. Gottsch
Robert J. Kriner, Jr. *
Steven A. Schwartz
Kimberly M. Donaldson
M. Katherine Meermans
Joseph G. Sauder
Daniel B. Scott
Fatema E.F. Burkey
Kimberly Litman Kimmel
Timothy N. Mathews
A. Zachary Naylor *
Timothy P. Briggs
Benjamin F. Johns
Scott M. Tucker *

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin
Candice L.H. Hegedus

*Attorneys admitted to
practice in Delaware

October 12, 2007

**BY HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

RE:   Charles, et. al. v. Pepco Holdings, Inc., et. al.,
      C.A. No. 05-702 (SLR) (LEAD CASE)

Dear Judge Robinson:

I enclose, pursuant to Third Circuit Local Appellate Rule 3.1, a copy of the Notice of Appeal filed today in District Court by Plaintiffs J. Michael Charles, Maurice W. Ward, Jr., Joseph I. Fink, Jr. and Thomas S. Troup, on behalf of themselves and all others similarly situated, in the above captioned matter.

Respectfully,

A. Zachary Naylor (#4439)

Enclosure

cc:   U.S. District Court Clerk (by electronic filing)
      M. Duncan Grant, Esquire (by electronic filing)
      Kay Kyungsun Yu, Esquire (by electronic filing)
      Susan Katz Hoffman, Esquire (by electronic filing)
      James R. Malone, Esquire (by electronic filing)
      Joseph G. Sauder, Esquire (by electronic filing)

HAVERFORD OFFICE

One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633