UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-4044
_____

J. MICHAEL CHARLES; MAURICE W. WARD, JR.;
JOSEPH I. FINK, JR., on behalf of themselves and
all others similarly; THOMAS S. TROUP,
*Appellants*

vs.

PEPCO HOLDINGS, INC; CONECTIV;
PEPCO HOLDINGS RETIREMENT PLAN

_____

On Appeal from the United States District Court
For the District of Delaware
(Civ. Nos. 05-cv-00702 & 06-cv-00010)
District Court Judge: Honorable Sue L. Robinson

_____

Argued
September 22, 2008

_____

Before: BARRY, AMBRO and GARTH, *Circuit Judges*,

_____

**JUDGMENT**
_____

    This cause came to be heard on the record from the District Court of Delaware and was argued on September 22, 2008. On consideration whereof, it is now here

    ORDERED and ADJUDGED by this Court that the District Court's judgment of September 19, 2007 is AFFIRMED.

    Each party will bear its own costs.

All of the above in accordance with the Opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
 Clerk

Dated: November 4, 2008

**Certified as a true copy and issued in lieu of a formal mandate on**  12/23/2008

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**